UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-5459**

Case Title: **USA** vs. **Ricardo Alvarado**

List all clients you represent in this appeal:

**USA**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☑ Appellee ☐ Respondent ☐ Intervenor    (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Alan S. Kirk**   Signature: s/ *A. S. Kirk*

Firm Name: **United States Attorney's Office**

Business Address: **800 Market Street, Suite 211**

City/State/Zip: **Knoxville, TN 37902**

Telephone Number (Area Code): **865-545-4167**

Email Address: **Alan.Kirk@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17