IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | CASE # 22-5459 |
| v. | ) | |
| | ) | |
| RICARDO ALVARADO | ) | EASTERN DIST. TN |
| | ) | Case #  3:20-CR-114 |

## MOTION TO WITHDRAW AND FOR APPOINTMENT OF COUNSEL

Counsel for Appellant Ricardo Alvarado asks that he be allowed to withdraw as counsel of record and asks for the Circuit Court to appoint counsel to represent Appellant on his appeal.

1. Counsel has made this request in the District Court along with the request to declare Appellant indigent for appeal purposes.

2. The District Court accepted the Appellant's notice of appeal and declared Appellant indigent for appeal and allowed him to proceed on appeal without payment of costs or fee but instructed counsel to "seek substitution of counsel in the appellate court."

3. Counsel has no agreement with Appellant and has not been retained to represent him on his appeal.

4. Counsel does not take appointed cases in Federal Court.

5. Counsel has within the last three weeks closed his office and is retiring and will no longer be taking cases.

6. Counsel has other personal reasons for not wishing to take a case in the 6th Circuit that would impact on his ability to file and proceed with an objective appeal for Mr. Alvarado.

7.  Counsel will assist in communicating with the appointed counsel so that he/she knows the issues for appeal.

WHEREFORE, counsel requests he be allowed to withdraw, and this Court appoint an attorney to represent the Appellant on his appeal.

Respectfully submitted,

/s A. Philip Lomonaco
BPR# 011579
Of Counsel to Att. Hoai Robinette
800 South Gay Street, Suite 2031
Knoxville, TN  27929
(865) 521-7422

CIRTIFICATE OF SERVICE

Counsel states that a copy of this document has been filed and served on all parties of interest by the electronic court filing system this 24th day of June, 2022.

/s A. Philip Lomonaco
BPR# 011579
Of Counsel to Att. Hoai Robinette
800 South Gay Street, Suite 2031
Knoxville, TN  27929
(865) 521-7422