IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | CASE # 22-5459 |
| v. | ) | |
| | ) | |
| RICARDO ALVARADO | ) | EASTERN DIST. TN |
| | ) | Case # 3:20-CR-114 |

## <u>NOTICE OF ADVISING APPELLANT</u>

Counsel of record for Appellant, Ricardo Alvarado declares and gives notice to the Court of Appeals that counsel has fully advised Appellant Ricardo Alvarado that counsel has filed a Motion to Withdraw as attorney of record for Mr. Alvarado.  Mr. Alvarado was advised in writing that he has 14 days after receiving the written notice to file a response to Counsel's motion to withdraw if he so desires.

A copy of the motion to withdraw has been sent to Mr. Alvarado along with a letter and a copy of the court rules discussing Mr. Alvarado's right to file a response to counsel's Motion to Withdraw.  See Attachments consisting of all documents sent to Mr. Alvarado at his current address of Irwin County Detention Center, 132 Cotton Drive, Ocilla, GA, 31774

The notice and attachments were mailed on June 30, 2022.

Respectfully submitted,

/s A. Philip Lomonaco
BPR# 011579
Of Counsel to Att. Hoai Robinette
800 South Gay Street, Suite 2031
Knoxville, TN  27929
(865) 521-7422

CERTIFICATE OF SERVICE

Counsel states that a copy of this document has been filed and served on all parties of interest by the electronic court filing system this 30th day of June, 2022.

/s A. Philip Lomonaco

BPR# 011579
Of Counsel to Att. Hoai Robinette
800 South Gay Street, Suite 2031
Knoxville, TN  27929
(865) 521-7422