(4) Withdrawal of Appellate Counsel. A motion to withdraw as counsel on appeal in a criminal case must state reasons and be accompanied by one of the following:

…..

(D) A detailed statement of reasons why it would be unethical, unfair, or unreasonable to require counsel to continue to represent defendant, and - in addition to service otherwise required - proof that counsel served the following on the defendant:

- a copy of the motion, including this statement; and
- notice that the defendant has 14 days from service of the motion to file a response.

Please make sure to notify the defendant in writing of his 14 days in which to respond to your motion. Then, please file a "Notification" (under ECF event: "Miscellaneous" > "Notification") on the docket advising that the defendant has been served with a copy of the motion to withdraw as well as served with the notification of this right to respond. The motion to withdraw cannot be processed until this notification is made.