**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 01, 2022

Mr. Anthony Philip Lomonaco
Law Offices
800 S. Gay Street
Suite 1950
Knoxville, TN 37929

     Re:  Case No. 22-5459, *USA v. Ricardo Alvarado*
        Originating Case No. : 3:20-cr-00114-1

Dear Counsel,

 The Court issued the enclosed Order today in this case.

              Sincerely yours,

              s/Julie Connor
              Case Manager
              Direct Dial No. 513-564-7033

cc:  Mr. Ricardo Alvarado
   Mr. Alan Kirk
   Ms. LeAnna Wilson

Enclosure