Case No. 22-5459

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

RICARDO ALVARADO

    Defendant - Appellant

   Upon consideration of the motion of Mr. Anthony Philip Lomonaco to withdraw as counsel for the appellant,

   It is **ORDERED** that the motion be and it hereby is **GRANTED**. The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: July 01, 2022