UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **22-5459**

Case Title: **United States of America** vs. **Ricardo Alvarado**

List all clients you represent in this appeal:

**Ricardo Alvarado**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☑ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Colter L. Paulson**     Signature: s/ **Colter L. Paulson**

Firm Name: **Squire Patton Boggs (US) LLP**

Business Address: **201 E. Fourth Street, Suite 1900**

City/State/Zip: **Cincinnati, Ohio 45202**

Telephone Number (Area Code): **513-361-1200**

Email Address: **colter.paulson@squirepb.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17