Case No. 22-5459

# United States Court Of Appeals
## FOR THE SIXTH CIRCUIT

**UNITED STATES OF AMERICA,**

Plaintiff-Appellee,

v.

**RICARDO ALVARADO,**

Defendant-Appellant.

**On Appeal from the United States District Court
for the Eastern District of Tennessee, 3:20-cr-00114-1**

**MOTION FOR EXTENSION OF TIME BY
DEFENDANT-APPELLANT RICHARD ALVARADO**

Colter L. Paulson
SQUIRE PATTON BOGGS (US) LLP
201 E. Fourth Street, Suite 1900
Cincinnati, Ohio 45202
Tel: (513) 361-1200
colter.paulson@squirepb.com

*Attorney for Ricardo Alvarado,
Defendant-Appellant*

Defendant-Appellant Ricardo Alvarado respectfully moves this Court for a 60-day extension of time to file his principal brief, which would extend the deadline from November 30, 2022, to January 30, 2023.

Counsel have been diligently working on Mr. Alvarado's arguments but the case involves a jury trial, complex issues under the sentencing guidelines, and novel constitutional issues. Undersigned counsel has also had significant delays in communicating with Mr. Alvarado due to issues with the Bureau of Prisons. In addition, counsel accepted this appeal under the Criminal Justice Act in conjunction with the Sixth Circuit Clinic at the University of Cincinnati Law School and the Chase College of Law at Northern Kentucky University. As this court is aware, this means that students are working under the supervision of counsel to review the transcripts, develop the arguments, research the issues, and draft the briefs. Working with the students and helping them develop the brief and the arguments makes the process of drafting the brief take longer, but it accomplishes important pedagogical purposes—and helps train the next generation of appellate lawyers in the Sixth Circuit.

Given these circumstances, Mr. Alvarado therefore respectfully requests that this Court grant a 60-day extension from November 30, 2022 up to and including Monday, January 30, 2023 to file his brief.

Respectfully submitted,

/s/ Colter L. Paulson
Colter L. Paulson
SQUIRE PATTON BOGGS (US) LLP
201 E. Fourth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 361-1200
Facsimile:  (513) 361-1201
colter.paulson@squirepb.com


*Attorney for Ricardo Alvarado*

## CERTIFICATE OF SERVICE

It is hereby certified that on November 23, 2022, the foregoing was electronically filed with the Clerk of the Court via the Court's ECF system. Opposing counsel will be served by the ECF system.

/s/ Colter L. Paulson
Colter L. Paulson