Case No. 22-5459

# United States Court Of Appeals
## FOR THE SIXTH CIRCUIT

**UNITED STATES OF AMERICA,**

Plaintiff-Appellee,

v.

**RICARDO ALVARADO,**

Defendant-Appellant.

On Appeal from the United States District Court
for the Eastern District of Tennessee, 3:20-cr-00114-1

**MOTION FOR EXTENSION OF TIME BY
DEFENDANT-APPELLANT RICHARD ALVARADO**

Colter L. Paulson
SQUIRE PATTON BOGGS (US) LLP
201 E. Fourth Street, Suite 1900
Cincinnati, Ohio 45202
Tel: (513) 361-1200
colter.paulson@squirepb.com

*Attorney for Ricardo Alvarado,
Defendant-Appellant*

Defendant-Appellant Ricardo Alvarado respectfully moves this Court for a four-week extension of time to file his principal brief, which would extend the deadline from January 30, 2023 to February 28, 2023. This is Mr. Alvarado's second motion for an extension of time for his principal brief.

Counsel and students have continued diligently working on Mr. Alvarado's arguments, but the case involves a jury trial, complex issues under the sentencing guidelines, and a novel Second Amendment issue based on an intervening Supreme Court decision. Counsel accepted this appeal under the Criminal Justice Act in conjunction with the Sixth Circuit Clinic at the University of Cincinnati Law School and the Chase College of Law at Northern Kentucky University. Two students working on the brief changed to a different class with the new semester, necessitating having new students get up to speed on the research and arguments. Those students are working under the supervision of the undersigned. Having students work on the brief entails delays in most appeals, but it accomplishes important pedagogical purposes—and helps train the next generation of appellate lawyers in the Sixth Circuit. In addition, Mr. Alvarado is serving a sentence of 104 months, so an additional extension to prepare the brief and to discuss the arguments with Mr. Alvarado is reasonable in the context of his sentence.

Given these circumstances, Mr. Alvarado therefore respectfully requests that this Court grant a 28-day extension from January 30, 2022 up to and including Monday, February 28, 2023 to file his brief.

                                      Respectfully submitted,

                                      /s/ Colter L. Paulson
                                      Colter L. Paulson
                                      SQUIRE PATTON BOGGS (US) LLP
                                      201 E. Fourth Street, Suite 1900
                                      Cincinnati, Ohio 45202
                                      Telephone: (513) 361-1200
                                      Facsimile:  (513) 361-1201
                                      colter.paulson@squirepb.com

                                      *Attorney for Ricardo Alvarado*

## **CERTIFICATE OF SERVICE**

It is hereby certified that on January 26, 2023, the foregoing was electronically filed with the Clerk of the Court via the Court's ECF system. Opposing counsel will be served by the ECF system.

/s/ Colter L. Paulson
Colter L. Paulson