Case No. 22-5459

# United States Court Of Appeals
## FOR THE SIXTH CIRCUIT

**UNITED STATES OF AMERICA,**

Plaintiff-Appellee,

v.

**RICARDO ALVARADO,**

Defendant-Appellant.

**On Appeal from the United States District Court
for the Eastern District of Tennessee, 3:20-cr-00114-1**

**MOTION FOR EXTENSION OF TIME BY
DEFENDANT-APPELLANT RICHARD ALVARADO**

                                            Colter L. Paulson
                                            SQUIRE PATTON BOGGS (US) LLP
                                            201 E. Fourth Street, Suite 1900
                                            Cincinnati, Ohio 45202
                                            Tel: (513) 361-1200
                                            colter.paulson@squirepb.com

                                            *Attorney for Ricardo Alvarado,
                                            Defendant-Appellant*

Defendant-Appellant Ricardo Alvarado respectfully moves this Court for a three-week extension of time to file his principal brief, which would extend the deadline to March 21, 2023. While drafting Mr. Alvarado's brief, the undersigned has determined that videos and exhibits shown before the district court will likely be important to the issues raised by Mr. Alvarado. Unfortunately, Mr. Alvarado's trial counsel has retired from his law practice, rendering those items very difficult to retrieve. Last week, the Government agreed to provide the exhibits and videos to Mr. Alvarado, but is still in the process of doing so. As such, Mr. Alvarado does not currently have access to the exhibits and videos, and cannot file his brief until he reviews them. Nor does Mr. Alvarado yet know whether he will need to file any exhibits and documents with the court of appeals.

In addition, counsel accepted this appeal under the Criminal Justice Act in conjunction with the Sixth Circuit Clinic at the University of Cincinnati Law School and the Chase College of Law at Northern Kentucky University. As this Court can appreciate, having students work on these issues creates delays. As noted previously, Mr. Alvarado is serving a sentence of 104 months, so an additional extension to prepare the brief and to discuss the arguments with Mr. Alvarado is reasonable in the context of his sentence.

Given these circumstances, Mr. Alvarado respectfully requests that this Court grant a 21-day extension from March 21, 2023 to file his brief. If Mr. Alvarado

receives the exhibits and videos by the end of next week, he will not file for another extension absent the most exigent circumstances.

                              Respectfully submitted,

                              /s/ Colter L. Paulson
                              Colter L. Paulson
                              SQUIRE PATTON BOGGS (US) LLP
                              201 E. Fourth Street, Suite 1900
                              Cincinnati, Ohio 45202
                              Telephone: (513) 361-1200
                              Facsimile:  (513) 361-1201
                              colter.paulson@squirepb.com

                              *Attorney for Ricardo Alvarado*

2

**CERTIFICATE OF SERVICE**

It is hereby certified that on February 24, 2023, the foregoing was electronically filed with the Clerk of the Court via the Court's ECF system. Opposing counsel will be served by the ECF system.

/s/ Colter L. Paulson
Colter L. Paulson