Case No. 22-5459

# United States Court Of Appeals
## FOR THE SIXTH CIRCUIT

### UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

### RICARDO ALVARADO,

Defendant-Appellant.

**On Appeal from the United States District Court
for the Eastern District of Tennessee, 3:20-cr-00114-1**

## MOTION FOR EXTENSION OF TIME BY
## DEFENDANT-APPELLANT RICHARD ALVARADO

Colter L. Paulson
SQUIRE PATTON BOGGS (US) LLP
201 E. Fourth Street, Suite 1900
Cincinnati, Ohio 45202
Tel: (513) 361-1200
colter.paulson@squirepb.com

*Attorney for Ricardo Alvarado,
Defendant-Appellant*

Defendant-Appellant Ricardo Alvarado respectfully moves this Court for a two-week extension of time to file his principal brief, which would extend the deadline to April 4, 2023.  In his prior motion, Mr. Alvarado explained that certain videos and other exhibits shown before the district court would be important to the issues raised by Mr. Alvarado on appeal, that those exhibits were unavailable from his trial counsel, but that the Government had agreed to provide them to the undersigned.  Mr. Alvarado further stated that he would not seek another extension if he received the requested items by March 3, 2023.  Unfortunately, Mr. Alvarado has so far received only the exhibits that were shown during the jury trial, but yet not those that the judge relied upon during sentencing.

Because Mr. Alvarado does not yet have access to the exhibits that the district court relied upon at sentencing, he must seek a further extension of time for his principal brief.  As noted previously, Mr. Alvarado is serving a sentence of 104 months, so this additional extension is still reasonable in the context of both his sentence and his right to have this Court to review his sentence.  Given these circumstances, Mr. Alvarado respectfully requests that this Court grant a 14-day extension from March 21, 2023 to file his brief to April 4, 2023.

Respectfully submitted,

/s/ Colter L. Paulson
Colter L. Paulson
SQUIRE PATTON BOGGS (US) LLP
201 E. Fourth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 361-1200
Facsimile:  (513) 361-1201
colter.paulson@squirepb.com

*Attorney for Ricardo Alvarado*

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that on March 17, 2023, the foregoing was electronically filed with the Clerk of the Court via the Court's ECF system. Opposing counsel will be served by the ECF system.

/s/ Colter L. Paulson
Colter L. Paulson