Case No. 22-5459

# United States Court Of Appeals
## FOR THE SIXTH CIRCUIT

### UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

### RICARDO ALVARADO,

Defendant-Appellant.

On Appeal from the United States District Court
for the Eastern District of Tennessee, 3:20-cr-00114-1

### MOTION FOR EXTENSION OF TIME BY
### DEFENDANT-APPELLANT RICHARD ALVARADO

Colter L. Paulson
SQUIRE PATTON BOGGS (US) LLP
201 E. Fourth Street, Suite 1900
Cincinnati, Ohio 45202
Tel: (513) 361-1200
colter.paulson@squirepb.com

*Attorney for Ricardo Alvarado,
Defendant-Appellant*

Defendant-Appellant Ricardo Alvarado respectfully moves this Court for a one-week extension of time to file his principal brief, which would extend the deadline to April 11, 2023. This week, Mr. Alvarado finally received the videos and other exhibits from the sentencing before the district court. Some of those materials appear to be important for Mr. Alvarado's sentencing arguments. However, the timing of receiving those important parts of the record created conflicts with counsel's other obligations in other cases. Mr. Alvarado's counsel does not wish to delay filing his brief, but will require an extra week to review these new materials and incorporate them into the sentencing arguments his appellate brief. As Mr. Alvarado is serving a long sentence, this additional extension is still reasonable in the context of both his sentence and his right to have this Court to review his sentence.

Given these circumstances, Mr. Alvarado respectfully requests that this Court grant a 7-day extension from April 4, 2023 to file his brief to April 11, 2023. Now that he has access to the complete record relevant to his appeal, Mr. Alvarado does not anticipate seeking further extensions without an unexpected, compelling need.

    Respectfully submitted,

    /s/ Colter L. Paulson
    Colter L. Paulson
    SQUIRE PATTON BOGGS (US) LLP
    201 E. Fourth Street, Suite 1900
    Cincinnati, Ohio 45202

Telephone: (513) 361-1200
Facsimile: (513) 361-1201
colter.paulson@squirepb.com

*Attorney for Ricardo Alvarado*

## CERTIFICATE OF SERVICE

It is hereby certified that on March 31, 2023, the foregoing was electronically filed with the Clerk of the Court via the Court's ECF system. Opposing counsel will be served by the ECF system.

/s/ Colter L. Paulson
Colter L. Paulson