

**SQUIRE PATTON BOGGS**

Squire Patton Boggs (US) LLP
201 E. Fourth St., Suite 1900
Cincinnati, Ohio 45202

O  +1 513 361 1200
F  +1 513 361 1201
squirepattonboggs.com

Colter L. Paulson
T  +1 513 361 1275
colter.paulson@squirepb.com

RECEIVED
APR 11 2023
DEBORAH S. HUNT, Clerk

April 11, 2023

**BY HAND DELIVERY**

Deborah S. Hunt, Clerk
Sixth Circuit Court of Appeals
100 East Fifth Street
Cincinnati, OH 45202

Re:  Case No. 22-5459
     Originating Case No.: 3:20-cr-00114-1

Dear Ms. Hunt:

Pursuant to 6 Cir. I.O.P. 10(d), enclosed please find four (4) thumb drives that contain video and other exhibits referenced in Appellant Ricardo Alvarado's opening brief. The brief will be e-filed today as docket entry number 37. The district court reviewed and referenced these exhibits during trial and sentencing. *See, e.g.*, Sentencing Hearing, R.112, PageID 1608-9, 1614-15; *see also* R.110, PageID 1564-65 (stipulations on admissibility).

Sincerely,

Squire Patton Boggs (US) LLP

Colter L. Paulson
d
cc:  counsel of record (via email)

Over 40 Offices across 4 Continents

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

1095977563\1\AMERICAS