UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **22-5459**

Case Title: **United States of America** vs. **Ricardo Alvarado**

List all clients you represent in this appeal:

> **Ricardo Alvarado**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Nathan Colvin**     Signature: s/ **Nathan Colvin**

Firm Name: **The Sixth Circuit Clinic at the University of Cincinnati College of Law**

Business Address: **2540 Clifton Avenue**

City/State/Zip: **Cincinnati, OH  45221**

Telephone Number (Area Code): **513-313-7344**

Email Address: **nathan.colvin@gmail.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---