UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **22-5459**

Case Title: **United States of America** vs. **Alvarado**

List all clients you represent in this appeal:

**Firearms Policy Coalition and FPC Action Foundation**

☐ Appellant ☐ Petitioner ☑ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Joseph G.S. Greenlee**   Signature: s/ **Joseph G.S. Greenlee**

Firm Name: **FPC Action Foundation**

Business Address: **5550 Painted Mirage Road, Suite 300**

City/State/Zip: **Las Vegas, NV 89149**

Telephone Number (Area Code): **(916) 517-1665**

Email Address: **jgreenlee@fpclaw.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.