UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-5459**

Case Title: **United States of America** vs. **Ricardo Alvarado**

List all clients you represent in this appeal:

**United States of America**

☐ Appellant         ☐ Petitioner         ☐ Amicus Curiae         ☐ Criminal Justice Act
☒ Appellee          ☐ Respondent         ☐ Intervenor                    (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

**Alan Kirk**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Samuel R. Fitzpatrick**     Signature: s/ **Samuel R. Fitzpatrick**

Firm Name: **United States Attorney's Office - Eastern District of Tennessee**

Business Address: **800 Market Street, Suite 211**

City/State/Zip: **Knoxville, TN 37902**

Telephone Number (Area Code): **(865) 545-4167**

Email Address: **samuel.fitzpatrick@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |