# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 22-5459 |
| RICARDO ALVARADO, | |
| Defendant - Appellant. | |

## MOTION FOR EXTENSION OF TIME

The United States respectfully requests a 30-day extension of the deadline to submit its brief.

The brief is currently due on May 11, 2023. The United States requests additional time, however, due to the undersigned attorney's workload and other commitments. In addition, this case was recently reassigned to the undersigned attorney, so additional time is required to review the record and the relevant legal issues. The United States has not previously requested any extensions in this case. Defendant Alvarado is currently in custody. He received five extensions that totaled 131 days.

The United States therefore respectfully requests an extension of time, up to and including June 12, 2023, to file its brief in this case.

Respectfully submitted,

Francis M. Hamilton III
United States Attorney

By:   *s/Samuel R. Fitzpatrick*
Samuel R. Fitzpatrick
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee   37902
865.545.4167

## CERTIFICATE OF SERVICE

I certify that this motion was filed electronically on May 11, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and those parties may access this filing through the Court's electronic filing system.

*s/Samuel R. Fitzpatrick*
Samuel R. Fitzpatrick
Assistant United States Attorney