## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 22-5459 |
| RICARDO ALVARADO, | |
| Defendant - Appellant. | |

### SECOND MOTION FOR EXTENSION OF TIME

The United States respectfully requests a 30-day extension of the deadline to submit its brief.

The brief is currently due on June 12, 2023. The United States requests additional time, however, due to the undersigned attorney's workload and other commitments. The United States previously received a 30-day extension in this case. Defendant Alvarado is currently in custody. He received five extensions that totaled 131 days.

The United States therefore respectfully requests an extension of time, up to and including July 12, 2023, to file its brief in this case.

                        Respectfully submitted,

                        Francis M. Hamilton III
                        United States Attorney

By:   *s/Samuel R. Fitzpatrick*
       Samuel R. Fitzpatrick
       Assistant United States Attorney
       800 Market Street, Suite 211
       Knoxville, Tennessee   37902
       865.545.4167

## CERTIFICATE OF SERVICE

I certify that this motion was filed electronically on June 9, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and those parties may access this filing through the Court's electronic filing system.

                        *s/Samuel R. Fitzpatrick*
                        Samuel R. Fitzpatrick
                        Assistant United States Attorney