UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 22-5459 |
| RICARDO ALVARADO, | |
| Defendant - Appellant. | |

### THIRD MOTION FOR EXTENSION OF TIME

The United States respectfully requests a nine-day extension of the deadline to submit its brief. The brief is currently due on July 12, 2023. The United States requests additional time, however, for the following reasons:

- Last month, the undersigned attorney performed two weeks of military duty, which limited the time available to complete the brief in this case;

- Since returning from military duty, the undersigned attorney completed a brief for another Sixth Circuit appeal (*United States v. Whipple*, Case No. 23-5126). The deadline for that brief had been extended twice, and that brief was filed earlier today;

- The undersigned attorney has completed a draft brief in this case. The brief is subject to review and approval by another appellate attorney, and the review process is ongoing; and

- The undersigned attorney is obligated to perform military duty next week, including on the date that the brief is due.

The United States previously received two extensions that totaled 60 days. Defendant Alvarado is currently in custody. He received five extensions that totaled 131 days.

The United States therefore respectfully requests an extension of time, up to and including July 21, 2023, to file its brief in this case.

Respectfully submitted,

Francis M. Hamilton III
United States Attorney

By:  *s/Samuel R. Fitzpatrick*
Samuel R. Fitzpatrick
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee   37902
865.545.4167

## CERTIFICATE OF SERVICE

I certify that this motion was filed electronically on July 7, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and those parties may access this filing through the Court's electronic filing system.

*s/ Samuel R. Fitzpatrick*
Samuel R. Fitzpatrick
Assistant United States Attorney
