**Case No. 22-5459**

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**v.**

**RICARDO ALVARADO,**

**Defendant-Appellant.**

---

On appeal from the United States District Court
for the Eastern District of Tennessee

---

**APPENDIX**

---

Francis M. Hamilton III
United States Attorney
Eastern District of Tennessee

Samuel R. Fitzpatrick
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee  37902
865.545.4167

# Table of Contents

1.   1 W. & M., Sess. 2, c. 2, in 6 *The Statutes of the Realm* (1688),
     *available at* https://heinonline.org/HOL/P?h=hein.engrep/
     realm0006&i=169 ................................................................. 1

2.   1 W. & M., Sess. 1, c. 15, in 6 *The Statutes of the Realm* (1688),
     *available at* https://heinonline.org/HOL/P?h=hein.engrep/
     realm0006&i=95 ................................................................. 2

3.   *The Public Records of the Colony of Connecticut* (1890), *available at*
     https://heinonline.org/HOL/Page?handle=hein.beal/purecoco
     0015&id=197&collection=beal ............................................. 5

4.   4 *Journals of the Continental Congress 1774-1789* (Worthington
     Chauncey Ford ed., 1906), *available at* https://heinonline.org/
     HOL/P?h=hein.congrec/jcc0004&i=205 .............................. 6

5.   5 *The Acts and Resolves, Public and Private, Province of the
     Massachusetts Bay* (1886), *available at* https://heinonline.org/
     HOL/P?h=hein.sstatutes/actresp0005&i=479 ...................... 7

6.   7 *Records of the Colony of Rhode Island and Providence Plantations
     in New England* (John Russell Bartlett ed., 1862), *available at*
     https://link.gale.com/apps/doc/DT0103713235/MMLP?u=
     wash50473&sid=bookmark-MMLP&xid=26014800&pg=571 ............. 8

7.   1 *The Public Acts of the General Assembly of North-Carolina*
     (1804), *available at* https://heinonline.org/HOL/P?h=hein.
     sstatutes/pbactnc0001&i=235 ............................................. 9

8.   *Acts of the General Assembly of the State of New-Jersey at a Session
     Begun on the 27th Day of August, 1776* (1777), *available at*
     https://heinonline.org/HOL/P?h=hein.ssl/ssnj0219&i=10 .............. 10

9.   9 *The Statutes at Large of Pennsylvania from 1682 to 1801* (1903),
     *available at* https://heinonline.org/HOL/P?h=hein.sstatutes/
     statspa0009&i=112 ............................................................ 11

i

10.   9 William Waller Hening, *The Statutes at Large; Being A Collection of all the Laws of Virginia* (1821), *available at* https://heinonline.org/HOL/P?h=hein.ssl/slrgvir0009 &i=282 ................................................................................. 13

11.   Mass. Const. of 1780, in *The Complete Bill of Rights: The Drafts, Debates, Sources, And Origins* (Neil Cogan ed., Oxford University Press 2d ed., 2014), *available at* https://search. ebscohost.com/login.aspx?direct=true&db=nlebk&AN= 1000454&site=edslive&ebv=EB&ppid=pp_277 .................................. 14

12.   N.C. Declaration of Rights of 1776, in *The Complete Bill of Rights: The Drafts, Debates, Sources, And Origins* (Neil Cogan ed., Oxford University Press 2d ed., 2014), *available at* https://search.ebscohost.com/login.aspx?direct=true&db= nlebk&AN=1000454&site=edslive&ebv=EB&ppid=pp_277 .............. 14

13.   Pa. Declaration of Rights of 1776, in *The Complete Bill of Rights: The Drafts, Debates, Sources, And Origins* (Neil Cogan ed., Oxford University Press 2d ed., 2014), *available at* https://search.ebscohost.com/login.aspx?direct=true&db= nlebk&AN=1000454&site=edslive&ebv=EB&ppid=pp_278 .............. 15

14.   *2 Records of the Court of Assistants of the Colony of the Massachusetts Bay 1630-1692* (1904), *available at* https:// archive.org/details/recordscourtass00crongoog/ page/n5/mode/2up .......................................................................... 16

15.   *2 The Statutes at Large of Pennsylvania from 1682 to 1801* (1896), *available at* https://heinonline.org/HOL/ Page?collection=prestate&handle=hein.sstatutes/ statspa0002&id=16&men_tab=srchresults ......................................... 17

16.   *2 The Statutes at Large of Pennsylvania from 1682 to 1801* (1896), *available at* https://heinonline.org/HOL/Page? collection=prestate&handle=hein.sstatutes/statspa0002 &id=182&men_tab=srchresults ......................................................... 18

17.    1 *The Laws of Maryland, With The Charter, The Bill of Rights, The Constitution of The State, and Its Alterations, The Declaration Of Independence, And The Constitution Of The United States, And Its Amendments* (1811), *available at* https://go.gale.com/ps/i.do?p=GDCS&u=wash50473&id=GALE|DT0103667334&v=2.1&it=r&sid=bookmark-GDCS&sPage=83&asid=4975a4cc ........................ 19

18.    1 *The Laws of Maryland, With The Charter, The Bill of Rights, The Constitution of The State, and Its Alterations, The Declaration Of Independence, And The Constitution Of The United States, And Its Amendments* (1811), *available at* https://go.gale.com/ps/i.do?p=GDCS&u=wash50473&id=GALE|DT0103667334&v=2.1&it=r&sid=bookmark-GDCS&sPage=143&asid=4975a4cc.................................................. 20

19.    *Acts and Laws, of His Majesty's colony of Rhode-Island, and Providence-Plantations, in New-England, in America* (1744), *available at* https://quod.lib.umich.edu/e/evans/N04574.0001.001/1:124.1?rgn=div2;view=fulltext ............................ 21

20.    9 William Waller Hening, *The Statutes at Large; Being a Collection of All the Laws of Virginia, from the First Session of the Legislature, in the Year 1619* (1821), *available at* https://heinonline.org/HOL/P?h=hein.ssl/slrgvir0009&i=302 .......... 22

21.    9 *The Statutes at Large of Pennsylvania from 1682 to 1801* (1903), *available at* https://heinonline.org/HOL/Page?collection=sstatutes&handle=hein.sstatutes/statspa0009&id=348&men_tab=srchresults ......................................................... 23

22.    2 *Laws of the State of New York Passed at the Sessions of the Legislature (1785-1788)* (1886), *available at* https://heinonline.org/HOL/P?h=hein.newyork/lwnysleg0002&i=264 .......................... 24

23.    2 *Laws of the State of New York Passed at the Sessions of the Legislature (1785-1788)* (1886), *available at* https://heinonline.org/HOL/P?h=hein.newyork/lwnysleg0002&i=668 .......................... 26

24.    1 An Act for the Punishment of Certain Crimes Against
       the United States, *The Public Statutes at Larg[e] of the
       United States of America, from the Organization of the
       Government in 1789, to March 3, 1845* (Richard Peters,
       Esq., ed. 1848), *available at* https://heinonline.org/HOL/
       P?h=hein.statute/sal001&i=234 ........................................................ 29

25.    Certificate of Service ............................................................ 33

Case: 22-5459    Document: 51    Filed: 07/21/2023    Page: 6

1 W. & M., Sess. 2, c. 2, in 6 The Statutes of the Realm (1688).

*A.D.* 1688.      1° GUL. & MAR. Sess. 2. c. 2.      143

And excessive Baile hath beene required of Persons committed in Criminall Cases to elude the Benefitt of the Lawes made for the Liberty of the Subjects.    *Excessive Bail.*

And excessive Fines have beene imposed.    *Fines.*

And illegall and cruell Punishments inflicted.    *Punishments.*

And severall Grants and Promises made of Fines and Forfeitures before any Conviction or Judgement against the Persons upon whome the same were to be levyed.    *Grants of Fines, &c. before Conviction, &c.*

All which are utterly and directly contrary to the knowne Lawes and Statutes and Freedome of this Realme.

And whereas the said late King James the Second haveing Abdicated the Government and the Throne being thereby Vacant His [ Hignesse[1] ] the Prince of Orange (whome it hath pleased Almighty God to make the glorious Instrument of Delivering this Kingdome from Popery and Arbitrary Power) did (by the Advice of the Lords Spirituall and Temporall and diverse principall Persons of the Commons) cause Letters to be written to the Lords Spirituall and Temporall being Protestants and other Letters to the severall Countyes Cityes Universities Burroughs and Cinque Ports for the Choosing of such Persons to represent them as were of right to be sent to Parlyament to meete and sitt at Westminster upon the two and twentyeth day of January in this Yeare one thousand six hundred eighty and eight in order to such an Establishment as that their Religion Lawes and Liberties might not againe be in danger of being Subverted, Upon which Letters Elections haveing beene accordingly made.    *Recital that the late King James II. had abdicated the Government, and that the Throne was vacant, and that the Prince of Orange had written Letters to the Lords and Commons for the choosing Representatives in Parliament.*

And thereupon the said Lords Spirituall and Temporall and Commons pursuant to their respective Letters and Elections being now assembled in a full and free Representative of this Nation takeing into their most serious Consideration the best meanes for attaining the Ends aforesaid Doe in the first place (as their Auncestors in like Case have usually done) for the Vindicating and Asserting their auntient Rights and Liberties, Declare    *The Subject's Rights.*

That the pretended Power of Suspending of Laws or the Execution of Laws by Regall Authority without Consent of Parlyament is illegall.    *Dispensing Power.*

That the pretended Power of Dispensing with Laws or the Execution of Laws by Regall Authoritie as it hath beene assumed and exercised of late is illegall.    *Late dispensing Power.*

That the Commission for erecting the late Court of Commissioners for Ecclesiasticall Causes and all other Commissions and Courts of like nature are Illegall and Pernicious.    *Ecclesiastical Courts illegal.*

That levying Money for or to the Use of the Crowne by Ptence of Prerogative without Grant of Parlyament for longer time or in other manner then the same is or shall be granted is Illegall.    *Levying Money.*

That it is the Right of the Subjects to petition the King and all Commitments and Prosecutions for such Petitioning are Illegall.    *Right to petition.*

That the raising or keeping a standing Army within the Kingdome in time of Peace unlesse it be with Consent of Parlyament is against Law.    *Standing Army.*

That the Subjects which are Protestants may have Arms for their Defence suitable to their Conditions and as allowed by Law.    *Subjects' Arms.*

That Election of Members of Parlyament ought to be free.    *Freedom of Election.*

That the Freedome of Speech and Debates or Proceedings in Parlyament ought not to be impeached or questioned in any Court or Place out of Parlyament.    *Freedom of Speech.*

That excessive Baile ought not to be required nor excessive Fines imposed nor cruell and unusuall Punishments inflicted.    *Excessive Bail.*

That Jurors ought to be duely impannelled and returned and Jurors which passe upon Men in Trialls for High Treason ought to be Freeholders.    *Juries.*

That all Grants and Promises of Fines and Forfeitures of particular persons before Conviction are illegall and void.    *Grants of Forfeitures.*

And that for Redresse of all Grievances and for the amending strengthening and preserveing of the Lawes Parlyaments ought to be held frequently.    *Frequent Parliaments.*

And they doe Claime Demand and Insist upon all and singular the Premises as their undoubted Rights and Liberties and that noe Declarations Judgements Doeings or Proceedings to the Prejudice of the People in any of the said Premisses ought in any wise to be drawne hereafter into Consequence or Example. To which Demand of their Rights they are particularly encouraged by the Declaration of his Highnesse the Prince of Orange as being the onely meanes for obtaining a full Redresse and Remedy therein. Haveing therefore an intire Confidence That his said Highnesse the Prince of Orange will perfect the Deliverance soe farr advanced by him and will still preserve them from the Violation of their Rights which they have here asserted and from all other Attempts upon their Religion Rights and Liberties, The said Lords Spirituall and Temporall and Commons assembled at Westminster doe Resolve That William and Mary Prince and Princesse of Orange be and be declared King and Queene of England France and Ireland and the Dominions thereunto belonging to hold the Crowne and Royall Dignity of the said Kingdomes and Dominions to them the said Prince and Princesse dureing their Lives and the Life of the Survivour of them And that the sole and full Exercise of the Regall Power be onely in and executed by the said Prince of Orange in the Names of the said Prince and Princesse dureing their joynt Lives And after their Deceases the said Crowne and Royall Dignitie of the said Kingdoms and Dominions to be to the Heires of the Body of the said Princesse And for default of such Issue to the Princesse Anne of Denmarke and the *Heires* of her Body And for default of such Issue to the Heires of the Body of the said Prince of Orange. And the Lords Spirituall and Temporall and Commons doe pray the said Prince and (²) Princesse to accept the same accordingly.    *The said Rights claimed.*    *Tender of the Crown.*    *Regal Power exercised.*    *Limitation of the Crown.*

---

¹ Highnesse *O.*      ² and *O.*

1 W. & M., Sess. 1, c. 15, in 6 The Statutes of the Realm (1688).

*A.D.*1688.     1° GUL. & MAR. c.14, 15.     71

## CHAPTER XIV.

### AN ACT for preventing Doubts and Questions concerning the Collecting the Publique Revenue.

*Rot. Parl. pt. 5. nu.* 11.

FOR the preventing all Disputes and Questions concerning the collecting levying and answering of the Publique Revenue due and payable in the Raignes of the late Kings Charles the Second and James the Second whilst the better setling of the same is under the Consideration of this present Parylament Bee it enacted by the King and Queenes most excellent Majestyes by and with the advice and consent of the Lords Spirituall and Temporall and Commons in Parliament assembled and by authoritie of the same That the Subsidie of Tonnage and Poundage and other Summes of Money payable upon Merchandize Exported and Imported and the severall Impositions Duties and Charges upon Liquors Manufactures and other things and all and singular the Revenue and Revenues whatsoever except the Duties ariseing by Fire-hearths and Stoves other then such as are or shall be incurred at or before the five and twentyeth day of March one thousand six hundred eighty nine given granted and payable to or lawfully enjoyed by the said late Kings or either of them which remained and had continuance on the fifth day of November last and all Arreares of the same shall be raised levyed collected answered and paid to their Majestyes untill the twenty fifth day of December which shall be in the yeare of our Lord one thousand six hundred eighty and nine in the same manner and forme according to such Rates and Orders and by such Rules Meanes and Wayes and under such Penalties and Forfeitures as are mentioned expressed and appointed in the Statutes made in the Raigns of the said late Kings or either of them concerning the same respectively and as by Law the same might or ought to have beene dureing the said Raigns And that all and singular Acts of Parliament made dureing the Reigns of either of the said late Kings for the granting setling raising levying collecting answering and paying the same or for preventing Frauds or Concealments or regulateing Abuses therein or for the better ordering or recovering the same and all Powers Provisions Penalties Articles Clauses and Things contained in the said Acts or any of them be and are hereby continued and confirmed and shall stand and be in force and be applyed practiced executed and putt in use for the raising levying collecting paying and answering the said Subsidie Summes of Money Impositions Duties and Revenues to their Majestyes according to the tenour and intent of this present Act And alsoe that an Order of the Commons in Parliament assembled made in pursuance of the Rules and Orders annexed to the Act of Parliament made in the twelfth yeare of the Raigne of the [said¹] late King Charles the Second Entituled A Subsidie granted to the King of Tonnage and Poundage and other Summes of Money payable upon Merchandize Exported and Imported for setling of Officers Fees dated the seventeenth day of May one thousand six hundred sixty two and signed by Sir Edward Turner then Speaker shall be of full force and effect untill the said five and twentyeth day of December one thousand six hundred eighty nine as if the same were particularly and at large recited in this Act

All the Revenue payable to the Two late Kings shall be paid to their present Majesties till December next.

All Acts concerning the Revenue in force.

Orders about Fees continued.

Stat. 12 Car. II. c. 4.

AND bee it further enacted by the authoritie aforesaid That all and every person and persons that have received or collected the said Subsidy Summs of Money Impositions Duties or any other publique Revenue or any part or parcel thereof since the said fifth day of November shall and are hereby indempnifyed against all persons from whome he or they levyed received or collected the same to be answerable neverthelesse to their Majestyes for what he or they have soe received or collected

II.
Persons who have received Subsidy indemnified, but answerable to their Majesties.

AND bee it farther enacted by the authoritie aforesaid That all Seisures and Distresses made or to be made by any Officer or Officers of the Customs or Excise or any person or persons thereunto lawfully authorized and all Forfeitures and Penalties for any Offence against any Law concerning the Customs or Excise or relateing to the Transportation of Woole or Importation or Exportation of Prohibited Goods incurred since the eleventh day of December and before the thirteenth day of February one thousand six hundred eighty eight shall be prosecuted and sued and all Recoveries Judgments and Proceedings thereupon shall and may be had and prosecuted as well by any Informer sueing and prosecuteing for the Kings and Queens Majestyes and himselfe as by their Majestyes Attourney Generall for their Majestyes in the same manner and forme as if such Seizures Distresses and Offences had beene made and committed after the said thirteenth day of February.

III.
Seizures and Forfeitures betwixt December and February valid.

## CHAPTER XV.

### AN ACT for the better securing the Government by disarming Papists and reputed Papists.

*Rot. Parl. pt. 5. nu.* 12.

FOR the better secureing of the Government against Papists and reputed Papists bee it enacted by the King and Queens most excellent Majestyes by and with the advice and consent of the Lords Spirituall and Temporall and Commons in this present Parlyament assembled and by authoritie of the same That it shall and may be lawfull for any two or more Justices of the Peace who shall know or suspect any person to be a Papist or shall be informed that any person is or is suspected to be a Papist to tender and they are hereby authorized and required forthwith to tender to such person soe knowne or suspected to be a Papist the Declaration sett downe and expressed in an Act of Parlyament made in the thirtyeth yeare of the Raigne of the late King Charles the Second Intituled An Act for the more effectuall Preserveing the Kings Person and Government by disabling Papists from sitting in either

Two Justices of Peace may tender Declaration of 30 Car. II. to Papist, &c.

30 Car. II. st. 2.

¹ interlined on the Roll.

Case: 22-5459     Document: 51     Filed: 07/21/2023     Page: 8

1 W. & M., Sess. 1, c. 15, in 6 The Statutes of the Realm (1688).

72                           1° GUL. & MAR. c.15.                    *A.D.*1688.

House of Parlyament to be by him made repeated and subscribed And if such person soe required shall refuse to make repeate and subscribe the said Declaration or shall not make repeate and subscribe the said Declaration or shall refuse or forbeare to appeare before the said Justices for the makeing repeating and subscribeing the said Declaration upon notice to him given or left at his usuall place of abode by any person authorized in that behalfe by Warrant under the Hands and Seales of the said two Justices such person from thenceforth shall be taken to be and is hereby declared to be lyable and subject to all and every the Penalties Forfeitures and Disabilities hereafter in this Act mentioned

**Such Persons refuseing.**

**Penalty.**

**II.**
**Justices of Peace to certify Subscribers and Refusers to the Sessions.**

AND bee it hereby further enacted That the said Justices of the Peace shall certifie the Name Sirname and usuall place of abode of every person who being required shall refuse or neglect to make repeate and subscribe the said Declaration or to appeare before them for the makeing repeating and subscribing the said Declaration As alsoe of every person who shall make repeate and subscribe the said Declaration at the next Generall Quarter Sessions to be holden for the Shire Rideing Division or Liberty for which they shall be Justices of the Peace to be there recorded by the Clerke of the Peace or Towne-Clerke and kept amongst the Records of the said Sessions

**III.**
**Refuser to keep no Arms.**

AND for the better secureing their Majestyes Persons and Government Bee it further enacted and declared That noe Papist or reputed Papist soe refuseing or makeing default as aforesaid shall or may have or keepe in his House or elsewhere or in the Possession of any other person to his use or at his disposition any Arms Weapons Gunpowder or Ammunition (other then such necessary Weapons as shall be allowed to him by Order of the Justices of the Peace at their Generall Quarter Sessions for the defence of his House or person) And that any two or more Justices of the Peace from time to time by Warrant under their Hands and Seales may authorize and impower any person or persons in the day time with the assistance of the Constable or his Deputy or the Tythingman or Headburrough where the Search shall be (who are hereby required to be aiding and assisting herein) to search for all Arms Weapons Gunpowder or Ammunition which shall be in the House Custodie or Possession of any such Papist or reputed Papist and seize the same for the use of their Majestyes and their Successors which said Justices of the Peace shall from time to time at the next Generall Quarter Sessions to be held for the County Rideing Division or Liberty where such Seizure shall be made deliver the said Arms Weapons Gunpowder and Ammunition in open Court for the use aforesaid

**Two Justices of Peace may seize Arms.**

**IV.**
**Refuser not discovering or hindering the Search for his Arms.**

AND bee it further enacted That every Papist or reputed Papist who shall not within the space of ten dayes after such refusall or makeing default as aforesaid discover and deliver or cause to be delivered to some of their Majestyes Justices of the Peace all Arms Weapons Gunpowder or Ammunition whatsoever which he shall have in his House or elsewhere or which shall be in the possession of any person to his use or at his disposition or shall hinder or disturbe any person or persons authorized by Warrant under the Hands and Seales of any two Justices of the peace to search for and seize the same that every such person soe offending contrary to the Statute in this behalfe made shall be committed to the Common Gaole of the County or Place where he shall commit such Offence by Warrant under the Hands and Seals of any two Justices of the Peace there to remaine without Baile or Mainprize for the space of three months and shall alsoe forfeite and lose the said Arms and pay treble the value of them to the use of their Majestyes and their Successors to be appraized by the Justices of the Peace at the next generall Quarter Sessions to be held for the said County Rideing or Division to their Majesties and their Successors

**Imprisonment.**

**Penalty.**

**V.**
**Concealing Arms.**

AND bee it further enacted That every person who shall conceale or be privy or aiding or assisting to the concealing or who knowing thereof shall not discover or declare to some of their Majestyes Justices of the Peace the Arms Weapons Gunpowder or Ammunition of any person soe refuseing or makeing default as aforesaid or shall hinder or disturbe any person or persons authorized as aforesaid in searching for takeing and seizing the same shall be committed to the Common Gaole of the County or place where he shall commit such Offence by Warrant under the Hands and Seals of any two Justices of the Peace there to remaine without Baile or Mainprize for the space of three Months and shall alsoe forfeit and lose treble the value of the said Arms to their Majestyes and their Successors

**Imprisonment.**

**Penalty.**

**VI.**
**Persons discovering Arms.**

AND bee it further enacted That if any person or persons shall discover any concealed Arms Weapons Ammunition or Gunpowder belonging to any refuseing or makeing default as aforesaid soe as the same may be seized as aforesaid for the use of their Majestyes and their Successors the Justices of the Peace upon delivery of the same at the generall Quarter Sessions as aforesaid shall have power and they are hereby required as a Reward for such a discovery by Order of Sessions to allow to him or them a Summe of Money amounting to the full value of the Arms Weapons Ammunition or Gunpowder soe discovered the said Summe to be assessed by the Judgment of the said Justices at their said Sessions and to be levyed by distresse and sale of the Goods of the person offending against this Act rendring the Overplus which shall arise by such sale above the said summe soe allowed and above the necessary Charges of takeing such distresse to the Owner Provided alwayes That if any person who shall have refused or made default as aforesaid shall desire to submitt and conforme and for that purpose shall present himselfe before the Justices of Peace at the Generall Quarter Sessions to be holden for the County Rideing Division or Liberty where his refuseall or makeing default as aforesaid shall be certifyed as aforesaid and shall there in open Court make repeate and subscribe the said Declaration contained in the said Act made in the said thirtyeth yeare of the Raigne of the said late King Charles the Second and take the severall Oathes contained in an Act made in this present Parlyament Intituled An Act for Removeing and Preventing all Questions and Disputes concerning the assembling and sitting of this present Parlyament He shall from thenceforth be discharged of and from all disabilities and forfeitures which he might or should be lyable to for the future by reason of his refusall or default as aforesaid

**Reward.**

**Refusers takeing the Declaration, Penalty discharged.**

1 W. & M., Sess. 1, c. 15, in 6 The Statutes of the Realm (1688).

*A.D.*1688.        1° GUL. & MAR. c. 15—17.        73

AND bee it further enacted That noe Papist or reputed Papist soe refuseing or makeing default as aforesaid at any time after the fifteenth day of May in the yeare of our Lord one thousand six hundred eighty nine shall or may have or keepe in his owne possession or in the possession of any other person to his use or at his disposition any Horse or Horses which shall be above the value of five pounds to be sold and that any two or more Justices of the Peace from time to time by Warrant under their Hands and Seals may and shall authorize any person or persons with the assistance of the Constable or his Deputie or the Tythingman or Headburrough when the Search shall be (who are hereby required to be aiding and assisting herein) to search for and seize for the use of their Majesties and their Successors all such Horses which Horses are hereby declared to be forfeited to their Majesties and their Successors

VII.
Papists Horses above £5 Value forfeited.

AND bee it further enacted That if any person shall conceale or be aiding or assisting in the concealing any such Horse or Horses belonging to any Papist or reputed soe refuseing or makeing default as aforesaid after the said fifteenth day of May such person shall be committed to prison by such Warrant as aforesaid there to remaine without Baile or Maineprise by the space of three months and shall alsoe forfeit and lose to their Majestyes and their Successors treble the value of such Horse or Horses which value is to be setled as aforesaid.

VIII.
Concealing Papists Horses.

Penalty.

---

## CHAPTER XVI.

AN ACT that the Simoniacall Promotion of one Person may not prejudice another.

*Rot. Parl. pt. 5, m. 13.*

WHEREAS it hath often happened that persons Simoniack or Simoniacally promoted to Benefices or Ecclesiasticall Livings have enjoyed the benefitt of such Liveings many yeares and some times all their Life-time by reason of the secret carriage of such Simoniacall dealing and after the death of such Simoniack person another person innocent of such Crime and worthy of such Preferment being presented or promoted by another Patron innocent alsoe of that Simoniacall Contract have beene troubled and removed upon pretence of Lapse (or otherwise) to the prejudice of the innocent Patron in Reversion and of his Clerke whereby the Guilty goe away with profitt of his Crime and the innocent succeeding Patron and his Clerke are punished contrary to all reason and good Conscience For prevention whereof Bee it enacted by the King and Queens most excellent Majesties by and with the advice and consent of the Lords Spirituall and Temporall and Cōmons in this present Parliament assembled and by the authoritie of the same That after the death of the person soe Simoniacally promoted the Offence or Contract of Simony shall neither by way of Title in Pleading or in Evidence to a Jury or otherwise hereafter be alledged or pleaded to the prejudice of any other Patron innocent of Simony or of his Clerke by him presented or promoted upon pretence of Lapse to the Crowne Metropolitan or otherwise unlesse the person Simoniack or Simoniacally presented or his Patron was convicted of such Offence at the Common Law or some Ecclesiasticall Court in the Life time of the person Simoniack or Simoniacally promoted or presented any Law or Statute to the contrary notwithstanding

Simoniacal Contract where it shall not prejudice.

[AND bee it alsoe provided enacted and declared by the authoritie aforesaid That noe Lease or Leases really and bona fide made or hereafter to be made by any such person as aforesaid Simoniack or Simoniacally promoted to any Deanry Prebend or Parsonage or other Ecclesiasticall Benefice or Dignity for good and valuable consideration to any Tennant or person not being privy unto or haveing notice of such Simony shall be impeached or avoided for or by reason of such Simony but shall be good and effectuall in Law the said Simony notwithstanding.¹]

II.
Lease made bona fide by Simonist, good.

---

## CHAPTER XVII.

AN ACT for rectifying a Mistake in a certaine Act of this present Parliament For the amoveing Papists from the Cities of London and Westminster.

*Rot. Parl. pt. 5, m. 14.*

WHEREAS in an Act of this present Parliament intituled An Act for the amoveing Papists and reputed Papists from the Cities of London and Westminster and ten miles distance from the same the County of Sussex is by mistake in the said Act inserted for the County of Essex Bee it enacted by the King and Queens most excellent Majestyes with the advice and consent of the Lords Spirituall and Temporall and Commons in this present Parliament assembled and by the authoritie of the same That all and every the Powers and Authorities by the said recited Act given to the Justices of the Peace for the County of Sussex be and are hereby declared and enacted to extend to the County of Essex and the Justices of Peace of the said County of Essex and Limitts thereof.

Sussex changed into Essex.

¹ annexed to the Original Act in a separate Schedule.

Case 3:22-5459 Document 51 Filed 07/21/2023 Page: 10
The Public Records of the Colony of Connecticut (1890)

at the discretion of said court, for a term not exceeding three years.

*And be it further enacted by the authority aforesaid*, That if any person by writing or speaking, or by any overt act, shall libel or defame any of the resolves of the Honorable Congress of the United Colonies, or the acts and proceedings of the General Assembly of this Colony, made or which hereafter shall be made for the defence or security of the rights and privileges of the same, and be thereof duly convicted before the superior court, shall be disarmed and not allowed to have or keep any arms, and rendered incapable to hold or serve in any office civil or military, and shall be further punished either by fine, imprisonment, or disfranchisement, or find surety of the peace and good behaviour, as said court shall order, and shall pay the cost of prosecution.

*And be it further enacted by the authority aforesaid*, That on complaint being made to the civil authority, selectmen and committee of inspection of the respective towns in this Colony against any person or persons dwelling or residing in such town, or any adjoining town in the same county where there is not a committee of inspection, that he or they are inimical to the liberties of this Colony and the other United Colonies in America, it shall be the duty of such civil authority, selectmen and committee, to cause every such person or persons to appear before them to be examined, and if on examination they shall not be able to satisfy the said authority, selectmen and committee, or the major part of them, that they are not inimical to this or the other United American Colonies, then such person or persons shall be by order of said authority, selectmen and committee, or the major part of them, disarmed and not allowed to have or keep any arms until they shall satisfy said authority, selectmen and committee, or the major part of them, that such person or persons are friendly to this and the other United Colonies.

And for the more effectual carrying into execution this act according to the true intent and meaning thereof,

*Be it further enacted by the authority aforesaid*, That when any person shall be duly convicted and ordered to be dis-

4 Journals of the Continental Congress 1774-1789 (Worthington Chauncey Ford ed., 1906)

*March, 1776*                                                        205

*Resolved*, That the committee on prisoners be directed to confer with General Prescot on the subject of his letter, and report to Congress.

*Resolved*, That it be recommended to the several assemblies, conventions, and councils or committees of safety of the United Colonies, immediately to cause all persons to be disarmed within their respective colonies, who are notoriously disaffected to the cause of America, or who have not associated, and shall refuse to associate, to defend, by arms, these United Colonies, against the hostile attempts of the British fleets and armies; and to apply the arms taken from such persons in each respective colony, in the first place to the arming the continental troops raised in said colony; in the next, to the arming such troops as are raised by the colony for its own defence, and the residue to be applied to the arming the associators; that the arms when taken be appraised by indifferent persons, and such as are applied to the arming the continental troops, be paid for by Congress, and the residue by the respective assemblies, conventions, or councils, or committees of safety:[1]

*Resolved*, That a copy of the foregoing resolve be transmitted by the delegates of each colony, to their respective assemblies, conventions, or councils, or committees of safety.

The Committee of Claims reported, that there is due,

To William Hencher, for waggon hire, in conveying Captain Stevenson's baggage, &c. to Cambridge, the sum of £21 17 6=58.3 dollars, and that the same ought to be paid to Moses Hunter.

To Rachel Stille, for boarding several officers, prisoners, to the 8th of March instant, the sum of £84 6 5=224.7 dollars.

[1] Printed in the *Pennsylvania Gazette*, 20 March, 1776.

5 The Acts and Resolves, Public and Private, Province of the Massachusetts Bay (1886).

Case: 22-5459    Document: 51    Filed: 07/21/2023    Page: 12

[4TH SESS.]    PROVINCE LAWS. — 1775–76.    **479**

[REVOLUTIONARY PERIOD — "COLONY."]

# CHAPTER 21.

AN ACT FOR THE EXECUTING IN THE COLONY OF THE MASSACHU-
SETTS BAY, IN NEW ENGLAND, ONE RESOLVE OF THE AMERICAN
CONGRESS, DATED MARCH [FOURTEENTH] [*14*], [ONE THOUSAND
SEVEN HUNDRED AND SEVENTY-SIX] [*1776*], RECOMMENDING THE
DISARMING SUCH PERSONS AS ARE NOTORIOUSLY DISAFFECTED TO
THE CAUSE OF AMERICA, OR WHO REFUSE TO ASSOCIATE TO DE-
FEND BY ARMS THE UNITED AMERICAN COLONIES AGAINST THE
HOSTILE ATTEMPTS OF THE BRITISH FLEETS AND ARMIES; AND
FOR THE RESTRAINING AND PUNISHING PERSONS WHO ARE IN-
IMICAL TO THE RIGHTS AND LIBERTIES OF THE SAID UNITED
COLONIES, AND FOR DIRECTING THE PROCEEDINGS THEREIN.

WHEREAS, on the fourteenth of March, one thousand seven hundred *Preamble.*
and seventy-six, a certain resolve was made and passed by the
American Congress, of the following tenor; viz[t]., — "*Resolved*, That
it be recommended to the several assemblies, conventions and councils,
or committees of safety, of the United Colonies, immediately to cause
all persons to be disarmed within their respective colonies who are
notoriously disaffected to the cause of America, or who have not
associated, and refuse to associate, to defend by arms these United
Colonies against the hostile attempts of the British fleets and armies;
and to apply the arms taken from such persons, in each respective
colony, in the first place, to the arming of the continental troops
raised in said colony, in the next, to the arming such troops as are
raised by the colony for its own defence, and the residue to be applied
to the arming the associators; that their arms, when taken, be
appr[a]i[z][s]ed by indifferent persons, and such as are applied to
the arming Continental troops be paid for by Congress; and the residue
by the respective assemblies, conventions or councils, or committees
of safety," —

*Be it therefore enacted by the Council and House of Representatives* *All persons who*
*in General Court assembled, and by the authority of the same,* *refuse the test, to be disarmed.*

[SECT. 1.]  That every male person above sixteen years of age,
resident in any town or place in this colony, who shall neglect or
refuse to subscribe a printed or written declaration, of the form and
tenor hereinafter prescribed, upon being required thereto by the com-
mittee of correspondence, inspection and safety, for the town or place
in which he dwells, or any one of them, shall be disarmed, and have
taken from him, in manner hereafter directed, all such arms, ammuni-
tion and warlike implements, as, by the strictest search, can be found
in his possession or belonging to him: which declaration shall be in
the form and words following; viz[t], —

We, the subscribers, do each of us, severally, for ourselves, profess, testi- *The form of the*
f[iv][y] and declare, before God and the world, that we verily believe that the *test.*
war, resistance and opposition in which the United American Colonies are now
engaged against the fleets and armies of Great Britain, is, on the part of the
said colonies, just and necessary; and we do hereby severally promise, cov-
enant and engage, to and with every person of this colony who has or shall
subscribe this declaration, or another of the same tenor and words, that we
will not, during the said war, directly or indirectly, in any ways, aid[x] abet[t],
or assist any of the naval or land forces of the king of Great Brit[t]ain, or
any employed by him, or supply them with any kind of provisions, military
or naval stores, or hold any correspondence with, or communicate any intel-

Case: 22-5459    Document: 51    Filed: 07/21/2023    Page: 13

against the force of Great Britain, shall make and subscribe the
following declaration, or test, to wit :

*Declaration or Test, to be made by suspected persons in the
Colony, relative to the War with Great Britain*

" I, the subscriber, do solemnly and sincerely declare, that I
believe the war, resistance and opposition, in which the United
American Colonies are now engaged, against the fleets and ar-
mies of Great Britain, is on the part of the said colonies just
and necessary ; and that I will not, directly nor indirectly,
afford assistance of any sort or kind, whatever, to the said
fleets and armies, during the continuance of the present war ;
but that I will heartily assist in the defence of the United
Colonies."

And be it further enacted by the authority aforesaid, that
in case any such suspected person shall refuse to subscribe the
same, it shall be in the power of either of the members of the
upper or lower house of Assembly, in this colony, and they are
hereby directed to issue a summons, and call the person so re-
fusing, before him, and make inquiry into the reasons of his
refusal ; and if he shall continue such refusal, without giving
satisfactory reasons for the same to the member summoning
him, or shall refuse to appear upon being summoned, such
member shall issue his warrant, directed to the sheriff of the
county where the person so refusing shall dwell, or his deputy,
commanding him, with sufficient aid, to make strict and dili-
gent search for all arms, ammunition and warlike stores, be-
longing to such persons so refusing, and to take and deliver
the same to the captain of the company of militia in whose
district the delinquent shall live, to be made use of in time of
an alarm, taking a receipt of the captain, therefor ; which
arms, ammunition and warlike stores, shall be appraised by two
indifferent persons, to be appointed by such member so issuing
the summons, and be paid for out of the general treasury.

And that such member, so summoning any suspected person,

on, they have efcaped being cited ; and as it becomes the duty of every menber of fociety to give proper **2,1777. 231**
affurance of fidelity to the government from which he enjoys protection, and by their refufal fo to do, the
voice of reafon and juftice, confirmed by the practice of all nations, proclaim that they fhould no longer
enjoy the privileges of freemen of the faid ftate ; and as the penalties ordained by the faid act have been
in a great meafure evaded by the difficulty or impoffibility of procuring veffels to tranfport all fuch recufants
beyond fea, or from their being unable to pay the expence of the voyage, by which means fuch perfons ftill
remain within this ftate, without fuffering the penalties they have juftly deferved ; *Be it further enacted by* County divided
*the authority aforefaid,* That the county court of each refpective county which fhall fit after the laft day of into diftricts,
February, fhall divide the county into feveral diftricts, in each of which fhall refide one or more juftices of and oath to be
the peace, which faid juftices within their refpective diftricts are hereby enjoined and required to adminif- administered.
ter fuch oath of allegiance or affirmation, as the cafe may be, to all free male perfons above fixteen years
of age (perfons *non compos mentis*, prifoners of war, only excepted) and fuch juftice or juftices in their ref-
pective diftricts fo allotted to him or them, fhall immediately after the fitting of the faid court, in dif-
ferent parts of the faid county, one of which fhall be the court-houfe of the fame, and alfo upon the church,
if any there be, poft and publifh a notice in writing of the places and times when and where he or they
will attend within their refpective diftricts to adminifter fuch oath or affirmation ; and all fuch perfons
who are inhabitants of the faid diftricts refpectively (and it is declared that a refidence of one week fhall
in this inftance conftitute any perfon an inhabitant, feafaring perfons and foreign traders excepted) being
above the age of fixteen years, and of found mind, fhall at fuch time attend upon fuch juftice of the peace,
and take the oath or affirmation required, as the cafe may be, and fubfcribe the fame in a book which
fuch juftice or juftices fhall keep for that purpofe, or in cafe of fuch juror or affirmant not being able to
write, the juftice fhall write fuch juror or affirmant's name, which book or lift fhall at the next fucceed-
ing court be returned to the faid court, together with the names of thofe within his or their refpective
diftrict refufing or neglecting the fame ; and if any perfon (fuch only as are by this act except-
ed) fhall fail to attend, or attending at fuch time and place as he fhall have been warned by fuch public
notice, fhall refufe to take the oath, or make fuch affirmation, as the cafe may be, except excufed by Proceedings a-
ficknefs or unavoidable neceffity, or other fufficient reafon, to be adjudged of by the next county court, liable to take
the party offering fuch excufe proffering at the fame time to take fuch oath or affirmation, as the cafe may the oath, who
be, which in this cafe fuch county court are directed to adminifter, fuch perfon or perfons fo offering, neglect or re-
fhall be ordered by the faid county court next after fuch failure or neglect, to take the faid oath, or quit fuse.
the ftate, and depart to the Weft-Indies or Europe in fixty days ; and if he or they fhall fail fo to do, and
fhall at the expiration of fuch term be found within this ftate, then the county court fhall and may, at their
difcretion, either exercife the fame power and authority with refpect to fuch perfon or perfons, in order
to compel his or their departure out of this ftate, as is herein before provided, with regard to the late of-
ficers of the King of Great-Britain, and perfons who have traded to Great-Britain or Ireland within ten
years laft paft, or been concerned for, or employed by perfons trading thereto, within the time aforefaid,
or permit him to remain within the ftate.

IX. *And be it further enacted by the authority aforefaid,* That all perfons failing or refufing to take the oath Disabilities of
of allegiance, and permitted by the county courts, as immediately aforefaid, to remain in the ftate, fhall persons suffered
be adjudged incapable and difabled in law to have, occupy or enjoy, any office, appointment, licence, or to remain.
election of truft or profit, civil or military, within this ftate, and fhall not be capable of being elected to,
or aiding by their votes to elect another to be a member of affembly, and fhall not by themfelves, or by
deputy, attorney or truftee, execute any fuch office, truft or appointment, and fhall be difabled to profe-
cute any fuit at law or equity, or to be guardians, executors or adminiftrators, or capable of any legacy,
or deed of gift of lands, and fhall be difabled from taking any lands by defcent or purchafe, or conveying
lands to others for any term longer than for one year, and fhall not keep guns or other arms within his
or their houfe, but the fame may be feized by a written order of a juftice of the county in which he or they
re fide ; and after the expiration of the faid fixty days, he or they fhall not be permitted to depart this ftate
without permiffion firft had and obtained from the governor and council ; and in cafe of being fuffered to
depart, fhall give bond and fufficient fecurity, if fuch fhall be required, not to be aiding to the enemies
of this ftate during his or their abfence ; and in cafe of their departure without fuch permiffion had, he or
they fhall forfeit all their goods and chattels, lands and tenements, to the ufe of the ftate. *Provided ne-* Proviso.
*verthelefs,* That all and every perfon who has already taken the oath, or made the affirmation prefcribed,
before any authority competent by law to receive the fame, upon his producing a certificate of the fame to

9

fecretly apprehended and conveyed away, and detained by the Enemy. And that fuch Perfons fo apprehended and exchanged by the Prefident and Council aforefaid, fhall have the Benefit of the Provifo Claufe contained in the fourteenth Section of this Act.

**Beacons may be erected.**   18. AND BE IT ENACTED *by the Authority aforefaid*, That the Prefident and Council of Safety aforefaid be, and they hereby are empowered to erect and fix Beacons and Alarm-Pofts in fuch Places in this State as they fhall judge moft proper.

19. AND WHEREAS by the Irruption of the Enemy into this State, and their Vicinity to fome of the Places of holding the Elections for Reprefentatives to ferve in the Legiflative-Council and General Affembly, it may be impracticable to hold Elections in fome of the Counties **Electors neglecting to choose Representatives, who to fix a Day, &c.** at the Time and Places appointed by Law ; THEREFORE, BE IT ENACTED *by the Authority aforefaid*, That in cafe the Electors in any of the Counties of this State fhall not proceed to the Choice of Reprefentatives, to ferve in the faid Legiflative-Council and General Affembly, at the Time and Places appointed by an Act, intitled, *An Act for regulating the Election of the Members of the Leg flative-Council and Affembly, Sheriffs and Coroners of the State of* New-Jerfey, the Prefident and Council of Safety aforefaid are hereby empowered and directed to fix and appoint for the County, fo as aforefaid deftitute of Reprefentatives, fuch Day and Place in the faid County as they fhall judge moft expedient ; and the Election fo held fhall be conducted and Return thereof made in the Manner fet forth in the Act laft mentioned ; and thereupon fuch Election and Return fhall be deemed and taken to be good and valid to all Intents and Purpofes as if the fame had been made at the Times and Places by the faid Act directed. AND BE IT FURTHER ENACTED, That if it fo happen, that on the Day appointed in the Act laft aforefaid, for the Meeting of the Legiflature at *Trenton*, a Number of Reprefentatives fufficient to conftitute a Houfe fhall not attend, whereby Bufinefs cannot be proceeded upon ; in fuch Cafe the Prefident and Council of Safety aforefaid fhall be, and they hereby are empowered and directed, as foon as poffible after the Election or Elections by them appointed to be held, to iffue Citations for calling together and convening the Legiflature on fuch Day, and at fuch Place as they fhall appoint.

**Council of Safety to difarm difaffected Perfons.**   20. AND BE IT ENACTED *by the Authority aforefaid*, That the Prefident and Council aforefaid be, and they hereby are empowered and directed to deprive and take from fuch Perfons as they fhall judge difaffected and dangerous to the prefent Government, all the Arms, Accoutrements and Ammunition which they own or poffefs ; and the faid Prefident and Council are hereby authorized to pay for fuch Arms, Accoutrements and Ammunition, or any of them, fuch Sum as fhall be afcertained by two or more Appraifers under Oath, which faid Arms, Accoutrements and Ammunition fhall be delivered, for the Ufe of the State, to the Commanding Officer of the Battalion in whofe Diftrict fuch difaffected Perfon refides.

**Governor's Abfence, &c how fupplied.**   21. AND BE IT ENACTED *by the Authority aforefaid*, That whenever His Excellency *William Livingston*, Efquire, or the Governor or Commander in Chief for the Time being, by Reafon of his Abfence out of this State, or of Sicknefs though within it, or by any other reafonable

Case: 22-5459    Document: 154    Filed: 07/21/2023    Page: 16

treasons or traitorous conspiracies which I now know or here-
after shall know to be formed against this or any of the United
States of America.

And the form of the said certificate shall be as followeth, viz.:

I do hereby certify that .................. hath voluntarily
taken and subscribed the oath (or affirmation) of allegiance and
fidelity as directed by an act of general assembly of Pennsyl-
vania, passed the ......   day of  ....., A. D. 1777.   Witness
my hand and seal the  ...  ... day of .... ., A. D. ....., (L. S.)

[Section II] (Section III, P. L.) And be it further enacted by
the authority aforesaid, That the justice or justices of the
peace before whom such oath or affirmation shall be subscribed
shall keep fair registers of the names and surnames of the per-
sons so sworn or affirmed and the time when, and shall on or
before the first day of October in every year transmit in writing
under his or their hands and seals to the office of recorder of
deeds for the said city or county a true list of the names and
surnames of those who within the same year have so sworn or
affirmed before them respectively; and the said justice or jus-
tices shall have and receive therefor and for the said certificate
the sum of one shilling and no more for every person so sworn or
affirmed; and the said justice or justices shall lay their accounts
before the county commissioners or any two of them from time
to time to be examined and allowed; and the said commissioners
shall draw orders on the county treasurers for such sums as
shall be allowed, which orders the said treasurers are hereby
authorized and required to pay out of the state taxes; and the
recorders of deeds in the city and several counties of this state
are hereby enjoined to record the said lists in books to be pre-
pared for that purpose and shall be paid for the same in the
same manner as the justices at the rate of five shillings for
every hundred names.

[Section III] (Section IV P. L.) And be it further enacted by
the authority aforesaid, That every person above the age afore-
said refusing or neglecting to take and subscribe the said oath
or affirmation shall during the time of such neglect or refusal
be incapable of holding any office or place of trust in this state,
serving on juries, suing for any debts, electing or being elected,
buying, selling or transferring any lands, tenements or heredita-

Case 2:22-cv-05458 Document 51 Filed 07/21/2023 Page: 17

ments, and shall be disarmed by the lieutenant or sub-lieutenants of the city or counties respectively.

(Section V, P. L.) And whereas there is a danger of having the seeds of discord and disaffection greatly spread by persons whose political principles are not known removing or traveling from one part of the state to another, and it is well known that this state is already become (and likely to be more so) an asylum for refugees flying from the just resentment of their fellow-citizens in other states:

For remedy whereof:

[Section IV] Be it enacted by the authority aforesaid, That every person above the age aforesaid who shall travel out of the county or city in which he usually resides without the certificate aforesaid may be suspected to be a spy and to hold principles inimical to the United States, and shall be taken before one of the justices nearest to the place where he shall be apprehended, who shall tender to him the said oath or affirmation, and upon his refusal to take and subscribe the said oath or affirmation the said justice shall commit him to the common gaol of the city or county, there to remain without bail or mainprise until he shall take and subscribe the oath or affirmation or produce a certificate that he had already done so.

[Section V.] (Section VI, P. L.) And be it enacted by the authority aforesaid, That all persons coming from any of the other United States into this state are hereby required to apply to one of the nearest justices after he enters this state and take and subscribe the said oath or affirmation upon the penalty of being dealt with as in the case of persons traveling or removing out of the city or county in which they usually reside unless he can produce a certificate that he has taken an oath or affirmation of the like nature in the state from whence he came.

(Section VII, P. L.) Provided always nevertheless, That delegates in Congress, prisoners of war, officers and soldiers in the continental army, merchants and marines trading in the ports of this state from foreign powers in amity with the United States and not becoming resident are declared not to be within the intent and meaning of this act.

8—IX

Case 3:21-5459  Document: 51   Filed: 07/21/2023   Page: 18
9 William Waller Hening, The Statutes at Large; Being A Collection of all
the Laws of Virginia (1821).

**282**                    LAWS OF VIRGINIA.

*turns to clerks of courts,* names of the persons so sworn or affirmed, and the time when; and shall, on or before the first day of January in every year, transmit, in writing, under his hand and seal, to the clerk of the court of the county, city, or borough, a true list of the names of those who, within the same year, have so sworn or affirmed before them respectively.

*Persons appointed to tender oath.* *And be it farther enacted, by the authority aforesaid,* That within one month after the passing of this act, or at the next succeeding court, the court of every county in this commonwealth shall appoint some of their members to make a tour of the county, and tender the oath or affirmation aforesaid to every free born male person *Those refusing to be noted.* above the age of sixteen years, except as before excepted; and that in the certificate directed to be returned, of those who take the oath or affirmation, shall be mentioned the names of such as refuse. And the justices *Recusants to be reported to county lieutenant, who is forthwith to disarm them.* tendering such oath or affirmation are hereby directed to deliver a list of the names of such recusants to the county lieutenant, or chief commanding officer of the militia, who is hereby authorised and directed forthwith to cause such recusants to be disarmed.

*Person disarmed compelled to attend musters but exempted from fines for not appearing armed.* *Provided,* That the person so disarmed shall, nevertheless, be obliged to attend musters, but shall be exempted from the fines imposed for appearing at such musters without arms, accoutrements, and ammunition.

*Incapacities of those refusing to take the oath of allegiance.* *And be it farther enacted,* That every person above the age before mentioned, except as before excepted, refusing or neglecting to take and subscribe the oath or affirmation aforesaid, shall, during the time of such neglect or refusal, be incapable of holding any office in this state, serving on juries, suing for any debts, electing or being elected, or buying lands, tenements, or hereditaments.

*Oath to be taken by those coming from any of the United States.* *And be it farther enacted,* That all persons coming from any of the other United States into this state are hereby required to apply to one of the nearest justices after he enters this state, and take or subscribe an oath or affirmation, renouncing all allegiance to the king of Great Britain, and promising that he will not do any thing prejudicial to the independence of the United States of America, as declared by the general congress; and upon neglecting so to do, he shall be liable to be *Consequence of neglect.* taken before a justice, who shall tender him the said oath or affirmation, and upon his refusal to take and subscribe the same, the said justice shall, and is here-

13

Mass. Const. of 1780, N.C. Declaration of Rights of 1776, in The Complete Bill of Rights: The Drafts, Debates, Sources, and Origins [DocForge ed., Oxford University Press, 2014).

Sect. 20. That in all cases and at all times the military ought to be under strict subordination to and governed by the civil power.

*Delaware Laws, vol. 1, App., p. 81.*

---

#### 4.1.3.2   Georgia: Constitution, 1777

XXXV. Every county in this State that has, or hereafter may have, two hundred and fifty men, and upwards, liable to bear arms, shall be formed into a battalion; and when they become too numerous for one battalion, they shall be formed into more, by bill of the legislature; and those counties that have a less number than two hundred and fifty, shall be formed into independent companies.

*Georgia Laws, p. 13.*

---

#### 4.1.3.3   Massachusetts: Constitution, 1780

[Part I, Article] XVII. The people have a right to keep and to bear arms for the common defence. And as in time of peace armies are dangerous to liberty, they ought not to be maintained without the consent of the legislature; and the military power shall always be held in an exact subordination to the civil authority, and be governed by it.

*Massachusetts Perpetual Laws, p. 7.*

---

#### 4.1.3.4   New Hampshire: Constitution, 1783

[Part I, Article] XIII. No person who is conscientiously scrupulous about the lawfulness of bearing arms, shall be compelled thereto, provided he will pay an equivalent.

*New Hampshire Laws, p. 24.*

---

#### 4.1.3.5   New York: Constitution, 1777

XL. AND WHEREAS it is of the utmost Importance to the Safety of every State, that it should always be in a Condition of Defence; and it is the Duty of every Man who enjoys the Protection of Society, to be prepared and willing to defend it: This Convention therefore, in the Name and by the Authority of the good People of this State, doth ORDAIN, DETERMINE, AND DECLARE, That the Militia of the State, at all Times hereafter, as well in Peace as in War, shall be armed and disciplined, and in Readiness for Service. That all such of the Inhabitants of this State, being of the People called Quakers, as from Scruples of Conscience may be averse to the bearing of Arms, be therefrom excused by the Legislature; and do pay to the State such Sums of Money in Lieu of their personal Service, as the same may, in the Judgment of the Legislature, be worth: And that a proper Magazine of warlike Stores, proportionate to the Number of Inhabitants, be for ever hereafter at the Expence of this State, and by the Acts of the Legislature, established, maintained, and continued in every County of this State.

*New York Laws, vol. 1, pp. 13–14.*

---

#### 4.1.3.6   North Carolina: Declaration of Rights, 1776

*Sect.* XVII. That the People have a Right to bear Arms for the Defense of the State; and, as standing Armies in Time of Peace are dangerous to liberty, they ought not to be kept up;

Copyright 2014. Oxford University Press.
All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 7/12/2023 11:10 AM via DEPARTMENT OF JUSTICE
AN: 1000454 ; Neil H. Cogan.; The Complete Bill of Rights : The Drafts, Debates, Sources, and Origins
Account: s2691052.main.ehost

N.C. Declaration of Rights of 1776, Pa. Declaration of Rights of 1776, in The Complete Bill of Rights:
The Drafts; Debates, Sources, And Origins (Neil H. Cogan ed., Oxford University Press 2d ed. 2019):
Page: 20

278                                           THE COMPLETE BILL OF RIGHTS, SECOND EDITION

Case 1:24-cv-00450 Filed 07/24/2023 Page: 20

and that the military should be kept under strict subordination to, and governed by, the civil
Power.

North Carolina Laws, p. 276.

### 4.1.3.7   Pennsylvania

*4.1.3.7.a   Constitution, 1776*

CHAPTER I.

*A DECLARATION of the RIGHTS of the Inhabitants of the State of* Pennsylvania.

…

VIII. That every member of society hath a right to be protected in the enjoyment of life,
liberty and property, and therefore is bound to contribute his proportion towards the expence
of that protection, and yield his personal service when necessary, or an equivalent thereto: But
no part of a man's property can be justly taken from him, or applied to public uses, without
his own consent, or that of his legal representatives: Nor can any man who is conscientiously
scrupulous of bearing arms, be justly compelled thereto, if he will pay such equivalent; nor
are the people bound by any laws, but such as they have in like manner assented to, for their
common good.

…

XIII. That the people have a right to bear arms for the defence of themselves and the state;
and as standing armies in the time of peace are dangerous to liberty, they ought not to be kept
up: And that the military should be kept under strict subordination to, and governed by, the
civil power.

Pennsylvania Acts, M'Kean, pp. ix–x.

*4.1.3.7.b   Constitution, 1790*

ARTICLE IX.

…

SECT. XXI. That the right of citizens to bear arms, in defence of themselves and the state,
shall not be questioned.

Pennsylvania Acts, Dallas, p. xxxvi.

### 4.1.3.8   Vermont: Constitution, 1777

CHAPTER I.

…

15. THAT that [*sic*] the People have a Right to bear Arms, for the Defence of themselves
and the State:—And, as standing Armies, in the Time of Peace, are dangerous to Liberty, they
ought not to be kept up; and that the military should be kept under strict Subordination to,
and governed by, the civil Power.

Vermont Acts, p. 4.

### 4.1.3.9   Virginia: Declaration of Rights, 1777

XIII. THAT a well regulated militia, composed of the body of the people, trained to arms,
is the proper, natural and safe defence of a free state; that standing armies, in time of peace,

EBSCOhost - printed on 7/12/2023 11:10 AM via DEPARTMENT OF JUSTICE. All use subject to https://www.ebsco.com/terms-of-use

## 32    RECORDS OF THE COURT OF ASSISTANTS

It is ordered that if any swine shall in fishing time come within a quarter of a myle of the stage att Marble Harb<sup>r</sup> that they shalbe forfected to the owners of the s<sup>d</sup> stadge & soe for all other stadges within theis Lymitts.

**Damage by swine.**

It is ordered that Joyce Bradwicke shall giue vnto Alex: Becke the some of xx<sup>s</sup>, for ꝑmiseing him marriage w<sup>th</sup>out her ffrends consent & nowe refuseing to ꝑforme the same.

**Joyce Bradwick fined 20.**

John Sayle being conuicted of fellonyously takeing away corne & fishe from dyvers ꝑsons the last yeare & this, as also clapboards ℈ is censured by the Court after this mañ: That all his estate shalbe forfected out of w<sup>ch</sup> double restitucõn shalbe made to those whome hee hath wronged shalbe whipt & bound as a serv<sup>t</sup> with any that will retaine him for 3 yeares & after to be disposed of by the Court, as they shall thinke meete.

**61**
**Jn° Sayles sent.**

John Sayle is bound with M<sup>r</sup>. Coxeshall for 3 yeares for w<sup>ch</sup> hee is to giue him 4<sup>l</sup> ꝑ anñ: his daughter is also bound w<sup>th</sup> him for 14 yeares. M<sup>r</sup>. Coxeshall* is to haue a sowe w<sup>th</sup> her, & att the end of her time hee is to giue vnto her a cowe calfe.

**61**

[Page 98 is blank. Page 99 has the record of a General Court May 29, 1633.]

**[100]    A Court holden att Boston June 11th 1633.**

Present,
The Goūn<sup>r</sup>
Deputy Goūn<sup>r</sup>
M<sup>r</sup>. Ludlowe
M<sup>r</sup>. Treer
M<sup>r</sup>. Nowell
M<sup>r</sup>. Coddington
M<sup>r</sup>. Winthrop
S: Bradstreete.

**Dixon in bilboes.** It is ordered that Willm Dixon shalbe sett in the bilbowes for disordering himselfe with drinke.

**Jn° Pembrton sent.** It is likewise ordered that John Pemberton shalbe whipt bound to his good behav<sup>r</sup>, & enioyned to make his appearance att the nexte Court for comitting fornicacõn with Eliz: Marson.

John Webb is sett at liberty from his maister Willm Parks.

There is leave graunted to Tho: Sellen to plant att Aggawam.

**Thanksgiving.†** The 19th day of this moneth is appoyncted to be kept as a day of publique thanksgiueing throughout the seūall plantacõns, ℈.‡

𝓎· 𝓎 ᷣ ᷣ— 𝓎— ⸗, ⸗/ §

---

* "Coggeshall" in L. copy.    † In modern hand.    ‡ See Winthrop I. 104.
§ These shorthand words, which are in the margin of the original record, may be conjecturally rendered as follows :—
Gi[ve] out call soon.   G[ive] on[e] to [    ].

16

Case 2:22-cv-05459 Document 51 Filed 07/21/2023 Page: 22

twelve months' imprisonment at hard labor, and be branded on the forehead with the letter T, and for the second offense shall suffer imprisonment during life.

Passed November 27, 1700; repealed by the Queen in Council, February 7, 1705-6. See Appendix I, Section II, and the Act of Assembly passed January 12, 1705-6, Chapter 117.

## CHAPTER X.

### AN ACT AGAINST FIRING OF HOUSES, &c.

[Section I.] Be it enacted by the Proprietary and Governor, by and with the advice and consent of the freemen of this Province and Territories, in General Assembly met, and by the authority of the same, That whosoever shall be convicted of wilfully firing any man's house, warehouse, outhouse, barn or stable, shall forfeit his or her whole estate to the party suffering, and be imprisoned all their lives in the House of Correction at hard labor to the behoof of the said party suffering. And whosoever shall be convicted of willfully firing any man's stacks or ricks of corn, hay, wood or fence, or any man's vessel, boat or canoe, shall make fourfold satisfaction and suffer a year's imprisonment as aforesaid, to the use and behoof of the party suffering; and if the party offending be unable to make such satisfaction, then he or she shall be sold to the behoof of the party suffering.

Passed November 27, 1700; repealed by the Queen in Council, February 7, 1705-6. See Appendix I, Section II, and the Act of Assembly passed January 12, 1705-6, Chapter 125.

## CHAPTER XI.

### AN ACT AGAINST FORCIBLE ENTRY.

[Section I.] Be it enacted by the Proprietary and Governor, by and with the advice and consent of the freemen of this Province

## CHAPTER CXX.

————

AN ACT AGAINST RAPE OR RAVISHMENT.

[Section I.] Be it enacted by John Evans, Esquire, by the Queen's royal approbation Lieutenant-Governor under William Penn, Esquire, absolute Proprietary and Governor-in-Chief of the Province of Pennsylvania and Territories, by and with the advice and consent of the freemen of the said Province in General Assembly met, and by the authority of the same, That whosoever shall be convicted of having committed a rape upon any maid or woman within this province, shall receive on his bare back, well laid on, at the common whipping-post, thirty-one lashes, and shall be imprisoned seven years at hard labor. And in case such person so convict be single and unmarried, he shall forfeit all his estate; and if married, one-third part thereof, one-half of such forfeiture to the proprietary and governor for the support of government and the necessary charges thereof, and the other half to the use of the poor of the place where the said offense is committed. And for the second offense he shall be branded on the forehead with the letter R, and shall suffer imprisonment during life at hard labor.

Passed January 12, 1705-6. Allowed to become a law by lapse of time, in accordance with the proprietary charter, having been considered by the Queen in Council, October 24, 1709, and not acted upon. See Appendix II, Section III, and the Act of Assembly passed May 31, 1718, Chapter 236, and the note thereto.

————

## CHAPTER CXXI.

————

AN ACT AGAINST INCEST.

For the preventing of incestuous marriages within this province:

[Section I.] Be it enacted by John Evans, Esquire, by the Queen's royal approbation Lieutenant-Governor under William Penn, Esquire, absolute Proprietary and Governor-in-Chief of

Case: 22-5459   Document: 51   Filed: 07/21/2023   Page: 24

1 The Laws of Maryland, With The Charter, The Bill of Rights, The Constitution of The State, and Its Alterations, The Declaration Of Independence, And The Constitution Of The United States, And Its Amendments (1811)

## JOHN HART, Esq. Governor.

**79**

II. BE IT THEREFORE ENACTED, *by the King's most excellent majesty, by and with the advice and consent of his majesty's Governor, Council and Assembly of this province, and the authority of the same,* That in case any person whatsoever shall, at any time hereafter, be legally convicted, by confession or otherwise, of wilfully or corruptly embezzling, impairing, razing or altering any will or record within this province, whereby the estate of inheritance or freehold of any person whatsoever shall be defeated, injured, or any ways altered, such person so convict shall forfeit all his goods and chattels, lands and tenements, the one half to our Sovereign Lord the King, his heirs and successors, for the support of government, the other half to the party grieved, and shall also be set in the pillory for the space of two hours, and have both his ears nailed thereto, and cut from off his head.

*April, 1715.*

Penalty for embezzling wills, &c.

## CHAP. XV.

An ACT for the appointment of constables, and what relates to their office, and ascertaining what persons are taxables.

Supplementary acts, 1719, ch. 12, and 1752, ch. 7.

BE IT ENACTED, *by the King's most excellent majesty, by and with the advice and consent of his majesty's Governor, Council and Assembly of this province, and the authority of the same,* That the justices of peace in every respective county of this province, at the first county court held after Michaelmas, shall (a) appoint constables in each hundred of their several and respective counties; and the said constables, so appointed shall, before they enter into that office, take the several oaths appointed to be taken by all officers by the acts of assembly of this province, and the oath of a constable, in form following; that is to say, " You, A. B. shall well and truly serve our " Sovereign Lord the King in the office of a constable; you " shall see and cause that his majesty's peace be well and duly " kept, according to your power; you shall arrest all such " persons as in your presence shall commit any riot, fray, or " other breach of his majesty's peace; you shall do your best " endeavour, upon complaint to you made, to seize all felons, " barretors, rioters, or persons riotously assembled, and if any " such offender shall make any resistance with force, you shall " levy hue and cry, and cause them to be pursued so as they " may be taken; you shall do your best endeavour that hue " and cry be duly raised and pursued against murderers,

Constables to be appointed by justices and sworn

(a) By the act of 1752, ch. 7. section 2. the county clerk shall signify such appointment, within five days, to the sheriff, and the sheriff to the person appointed, within ten days, on penalty of twenty shillings currency.

## JOHN HART, Esq. Governor.

At a **SESSION** of **ASSEMBLY**, begun and held at the City of **ANNAPOLIS**, in the county of Anne-Arundel, the 28th day of May, in the second year of of the dominion of the right honourable CHARLES, absolute Lord and Proprietary of the Provinces of Maryland and Avalon, Lord Baron of Baltimore, &c. and ended the 8th day of June following, in the third year of his Lordship's dominion, *annoque Domini* 1717, were enacted the following laws, viz.

*May,*
*1717.*

### JOHN HART, Esquire, Governor.

## CHAP. VIII.

An ACT for punishment of such as shall counterfeit the lord proprietary's greater or lesser seal at arms within this province.

**B**E IT ENACTED, *by the right honourable the Lord Proprietary, by and with the advice and consent of his lordship's Governor and the Upper and Lower Houses of Assembly, and by the authority of the same,* That from and after the end of this present session of assembly, any person or persons whatsoever that shall presume to counterfeit the great seal of this province for the time being, or the sign manual or seal at arms of the lord proprietary of this province, or any other the public seals of this province, and shall, within this province, make use of any such counterfeit seal or sign manual of the said lord proprietary, or his heirs, or any other the public seals of this province, or shall steal away any of the said true seals, or without lawful warrant or authority shall falsely or corruptly, or with evil intent, affix any of them to any deed, warrant or writing, and shall afterwards within this province publish or make any use of any such deed, warrant or writing, as if such respective seals had been affixed thereunto by such lawful warrant and authority as aforesaid, shall forfeit to the right honourable the lord proprietary, and his heirs, all his goods and chattels, lands and tenements, whereof such offender shall be possessed at the time of committing the same offence, the one half thereof to be applied towards the support of a public school within the county where the offence shall be committed, the other half to the informer, or him or them that shall sue for the same, and shall be whipped with thirty-nine lashes on his bare back, stand in the pillory two whole hours, and be banished the province for ever.

Penalty for counterfeiting the great seal, &c.

See declaration of rights 29

Page 259

therein, or that shall council, advise, or procure the same to be done, by forging, counterfeiting, imprinting, or signing any such false Bill or Bills, or make and engrave any Plate or other Instrument for that Purpose, or that shall alter or encrease any Figure or Sum in any Bill or Bills of Credit emitted, or that shall hereafter be emitted by this or any other Government as aforesaid, or that shall Forge or Counterfeit any Name, Hand, Stamp, or other Mark that now is or hereafter shall be made or set thereon, or by any Ways or Means procure or encourage the same to be done, the Person or Persons so offending therein, shall be pilloryed, and have both his, her or their Ears cropt,To be , &c. and be branded with the Letter R on each Cheek, and be im|prisoned at the Discretion of the Judges of the Court of Assize and General Goal Delivery for the Time being, before whom all such Offences shall be tried, and shall pay double Damages to all Persons defrauded and cheated by such false Bill or Bills, toge|ther with all Costs of Prosecution; the which Damages shall be adjudged Double Interest during the Time of Possessing such Bill or Bills, to be proved by the Oath of the Possessor; the which Oath shall be administred by the General Treasurer for the Time being, with whom all such Money shall be lodged, for making good such Damages.AND be it further Enacted by the Authority aforesaid, That all such convicted Persons shall forfeit the remaining Part of their Estate (if any they have) both Real and Personal,To forfeit all their Estates. to and for the Use of the Colony; and that all such Real Estate as shall happen to be hereafter forfeited as aforesaid, shall be sold by said General Treasurer by Publick Vendue, within two Months after publick Notice thereof given by said General Treasurer; and all such Monies (after lawful Fees deducted out) to be for the Use of the Colony: And all Deeds made of such Real Estate of such con|victed Person or Persons by the General Treasurer in Behalf of the Colony, shall create and make to the Purchaser or Purchasers, a good and lawful Estate in Fee-Simple.AND be it further Enacted by the Authority aforesaid, That all Deeds or other Instruments of any Lands or Tenements or Personal Estate made by any such convicted Person or Persons,No Convey|ance of Estate to be valid after their Appre|hension. after the Time of their being apprehended for any of the aforesaid Crimes, shall be Void and of none Effect. And the same Lands or Tenements or Personal Estate shall be forfeited to and for the Use of the Colony, and to be disposed of as aforesaid.AND be it further Enacted by the Authority aforesaid, That when and so often as any Person or Persons shall be convicted as aforesaid, tat then immediately the said General Treasurer (in

Case: 22-5459    Document: 51    Filed: 07/21/2023    Page: 27
9 William Waller Hening, The Statutes at Large; Being a Collection of All the
Laws of Virginia, from the First Session of the Legislature, in the Year 1619 (1821).

302                          LAWS OF VIRGINIA.

## CHAP. XI.

[Chan. Rev. p. 55]
*An act for preventing the forgery of certain warrants and certificates, and other purposes.*

**Preamble.**

I. WHEREAS the crime of forgery, at all times pernicious in its nature, but particularly flagitious as committed in some late instances, hath not a punishment sufficiently exemplary annexed thereto: *Be it therefore enacted by the General Assembly,* That if any person, from and after the twenty ninth day of June, in the year of our Lord one thousand seven hundred and seventy seven, shall falsely make, forge, or counterfeit, or cause or procure to be falsely made, forged, or counterfeited, or willingly aid or assist in falsely making, forging, or counterfeiting, any warrant or draught of the governour or chief magistrate, or of the president or other member of the privy council acting as lieutenant governor, or of the navy board, directed to the treasurer for the payment of publick money, or any certificate of the commissioners or auditors of publick accounts directed to the treasurer for payment of publick money, or shall present for payment, at the publick treasury, any false, forged, or counterfeited warrant or draught of the governour or chief magistrate, or of the president or other member of the privy council, acting as lieutenant governour, or of the navy board, or any false, forged, or counterfeited certificate of the commissioners or auditors of publick accounts, as aforesaid, knowing the same to be false, forged, or counterfeited, or shall offer to the commissioners or auditors of accounts, for the purpose of obtaining their certificate directed to the treasurer for the payment of publick money, any false, forged, or counterfeited voucher or exhibit, knowing the same to be false, forged, or counterfeited, or shall forge and pass any such voucher or exhibit, then every such person, being thereof convicted according to the due course of law, shall be deemed and holden guilty of felony, shall forfeit his whole estate, real and personal, shall receive on his bare back, at the publick whipping post, thirty nine lashes, and shall serve on board some armed vessel in the service of this commonwealth, without wages, for a term

**Forging and counterfeiting certain warrants & certificates, how punishable.**

22

authority aforesaid, That from and after the passing of this act, the lieutenant or any sub-lieutenant of the militia of any county or place within this state shall be and is hereby empowered to disarm any person or persons who shall not have taken any oath or affirmation of allegiance to this or any other state, and against whom information on oath shall be given before any justice of the peace, that such person is suspected to be disaffected to the independence of this state; and shall take from every such person any cannon, mortar, or other piece of ordinance, or any blunderbuss, wall piece, musket, fusee, carbine or pistols or other fire arms, or any hand gun; and any sword, cutlass, bayonet, pike or other warlike weapon, out of any building, house, or place belonging to such person.

[Section III.] (Section VI, P. L.) And be it further enacted by the authority aforesaid, That a complete list of all arms which have been or shall be taken from any person or persons by any lieutenant, sub-lieutenant, or by any other person or persons acting under his or their authority shall be made out and lodged by such lieutenant or sub-lieutenant or other person in the office of the clerk of the peace of the proper county, and the persons names from whom the same were taken which shall be open to the inspection of any person requesting the same, paying two shillings and six-pence therefor and such lieutenant or sub-lieutenant shall and is hereby declared to be accountable to this state for the said arms.

[Section IV.] (Section VII, P. L.) And be it further enacted by the authority aforesaid, That the justices of the peace within this commonwealth, and each and every of them, shall and they are hereby authorized and empowered to administer all and every of the oaths and affirmations required to be taken by the act entitled "A further supplement to the act, entitled 'An act for the further security of government,'"[1] and to proceed in all things therein as the commissioners appointed to administer the said oaths and affirmations are by the said supplement required in the premises.

Passed March 31, 1779.  See the notes to the Acts of Assembly passed April 1, 1778, Chapter 796; December 5, 1778, Chapter 822. The act in the text was repealed by the Act of Assembly passed March 13, 1789, Chapter 1396.

[1] Passed December 5, 1778, Chapter 822.

chaser or purchasers shall and may hold and enjoy the same lands for such estate as was conveyed to the said loan officers by the mortgage executed by such mortgagor clearly discharged and freed from all benefit and equity of redemption and all other incumbrances made and suffered after the execution of such mortgage, by the mortgagor, his or her heirs or assigns and such purchaser or purchasers shall pay the loan officers for drawing and executing such conveyance the sum of five shillings.

**Disposition of proceeds of sale.** XXII. *And be it further enacted by the authority aforesaid*, That the money for which the premises are sold, shall upon the sale thereof be paid to the said loan officers, out of which they shall retain in their hands, the amount of the principal then due together with the interest which would have been due thereon on the third Tuesday of June next thereafter if such sale had not been made, as also the expence of the advertisements, and of the sale, such expence not exceeding fifteen shillings and the remainder (if any be) the loan officers shall pay to the mortgagor, his, or her heirs or assigns. *Provided always*, that if any person or persons offer at the time of the sale to borrow (on sufficient security within this act) the whole principal that is to be retained out of the price, and lent out again, then and in that case the loan officers, shall not retain interest beyond the day of sale. *Provided also* that if the purchaser incline to borrow the principal sum or sums, that is, or are to be paid by him, and lent out again, and if the loan officers be satisfied with the security to be given by such purchaser in manner aforesaid, such purchaser shall be preferred to any other borrower. *Provided likewise* that the loan officers shall not be obliged to take notice of any assigns of the mortgagor unless they enter a notice of their right with the said loan officers at or before the time of sale ; which notice the loan officers shall enter on the mortgage and minute thereof on demand, the assignee paying one shilling for the same ; and assignees shall be preferred according to the priority of their entries of such notices.

**Proceedings where title of borrower fails.** XXIII. *And be it further enacted by the authority aforesaid* That after any lands houses tenements or hereditaments, are mortgaged according to the directions of this act, if it shall appear to the loan officers, upon good and sufficient grounds (which they shall insert in the minute book of their proceedings) that the mortgagor had no good right or title to the premises mortgaged, or has otherwise broken the covenant of his mortgage so that the public may be in danger of loosing the monies, or any part thereof advanced in loan upon the credit of the premises, it shall and may be lawful to and for the said loan officers, and they are hereby empowered, and required to commence an action or actions of debt or covenant, upon the said mortgage against the said mortgagor, his or her heirs executors or administrators and the same to prosecute to judgment by all lawful ways and means whatsoever in any court of record for the recovery of the whole monies lent upon the mortgages and the interest become due and that shall become due until the third Tuesday of June next following the judgment, with costs and charges in which action or actions the mortgagor shall be held to special bail and the court in which such action is brought, is, and the judges thereof in vacation are hereby authorized and directed to give such short day for the rules of pleading thereon, that judgment or a trial and final determination may be had the first court after the court at which the defendant first appeared to the same action.

**Counterfeiting bills of credit a felony.** XXIV. *And be it further enacted by the authority aforesaid*, That if any person or persons whatsoever shall presume to counterfeit any of the bills of credit to be issued by virtue of this act, or shall alter any of

the said bills issued as aforesaid, so that they shall appear to be of greater value than by this act the same bill or bills so altered, were enacted signed or numbered to pass for, or shall knowingly pass or give in payment any of the bills aforesaid so counterfeited or altered, every person guilty of counterfeiting or altering any of the said bills as aforesaid, or of knowingly passing or giving in payment any such counterfet or altered bill or bills, shall be guilty of felony, and being thereof convicted, shall forfeit all his or her estate both real and personal to the people of this State, and be committed to the bridewell of the city of New York for life, and there confined to hard labor, under the direction of the corporation of the said city, at the expence (if any should arise) of this State, and to prevent escape shall be branded on the left cheek with the letter C, with a red hot iron and though such counterfeiting, altering or knowingly passing counterfeit or altered bills, shall be done out of this State, yet any grand jury within this State, is hereby empowered to present the same and to set forth in the indictment, the place where, by their evidence it appeared that the fact was committed, which indictment is hereby declared good, notwithstanding that the place alledged be out of this State; and the petit jurors on the trial of all such foreign issues, shall be returned from the body of the county where the said supreme court shall be statedly held, any law usage or custom to the contrary notwithstanding.

XXV. *And be it enacted by the authority aforesaid,* That the respective loan offices in this State shall be kept at the court house of each respective county, or at some other convenient place near the same except that the loan officers for the county of Orange shall meet alternately at Goshen, and at the new city in the said county, and their first meeting to be at the court house in Goshen; and the said loan officers shall so soon as the said bills are signed and delivered to them, set up advertizements, of the first day of their attending the loan office, for the purposes herein before mentioned, and shall duly attend the same on that first day, and on every Tuesday and Wednesday in each week for the space of four weeks thereafter, if their be occasion of their sitting so long, and the said treasurer so soon as he can fix the day upon which he can deliver the said bills to the loan officers shall send notice by letter to them to come and receive the bills at that day. *(Office of loan officer to be kept at courthouse.)*

XXVI. *And be it further enacted by the authority aforesaid* That the loan officers respectively shall retain in their hands so much of the interest monies paid into them as will pay them their respective salaries appointed by this act, any thing in this act to the contrary notwithstanding, and the remainder of the said interest monies shall be annually paid to the treasurer of this State on or before the last Tuesday of the month of August and the said treasurers receipt shall be to the said loan officers and every of them their heirs executors and administrators a sufficient discharge. *(Loan officers to retain salaries out of interest.)*

XXVII. *And be it further enacted by the authority aforesaid* That the yearly salary of the loan officers aforesaid for the services required of them by this act shall be as follows to wit *(Salaries of loan officers.)*
For every of the loan officers of the county of New York forty pounds
For every of the loan officers of the county of Albany thirty pounds
For every of the loan officers of Kings county ten pounds
For every of the loan officers of Queens county sixteen pounds
For every of the loan officers of Suffolk county fifteen pounds
For every of the loan officers of Richmond county ten pounds
For every of the loan officers of West Chester county fifteen pounds
For every of the loan officers of Dutchess county twenty pounds

**664**                            LAWS OF NEW YORK.                    ⌊Chap. 37.

*Landlord may join himself with tenant as defendant.*

 *And be it further enacted by the authority aforesaid,* That it shall be lawful for the court, where such ejectment shall be brought, to suffer the landlord or landlords to make him, her, or themselves defendant or defendants, by joining with the tenant or tenants, to whom such declaration in ejectment shall be delivered, in case he or they shall appear; but in case such tenant or tenants shall refuse or neglect to appear, judgment shall be signed against the casual ejector for want of such appearance. But if the landlord or landlords of any part of the lands, tenements or herditaments, for which such ejectment was brought, shall desire to appear by himself, herself or themselves, and consent to enter into the like rule, that by the course of the court the tenant in possession, in case he or she had appeared, ought to have done; then the court where such ejectment shall be brought, shall and may permit such landlord or landlords so to do, and order a stay of execution upon such judgment against the casual ejector, until they shall make further order therein.

 And to obviate some difficulties that many times occur in the recovery of rents, where the demises are not by deed;

*Action on the case for lands held and occupied.*

 *Be it further enacted by the authority aforesaid,* That it shall be lawful to and for the landlord or landlords, his, her or their heirs or assigns, where the agreement is not by deed, to recover a reasonable satisfaction for the lands, tenements or hereditaments held or occupied by the defendant or defendants, in an action on the case, for the use and occupation of what was so held and enjoyed; and if in evidence on the trial of such action any parole demise, or any agreement (not being by deed) whereon a certain rent was reserved, shall appear, the plaintiff in such action shall not therefore be non-suited, but may make use thereof as an evidence of the quantum of the damages to be recovered.

---

# CHAP. 37.

AN ACT for punishing treasons and felonies, and for the better regulating the proceedings in case of felony.

      Passed the 21st of February, 1788.

*Benefit of clergy abolished.*

 *Be it enacted by the People of the State of New York, represented in Senate and Assembly, and it is hereby enacted by the authority of the same,* That the privilege or benefit of the clergy heretofore allowed in criminal cases, shall be and hereby is taken away and for ever abolished.

*Crimes whereof the punishment is death.*

 *And be it further enacted by the authority aforesaid,* That every person who hereafter shall be in due form of law convicted or attainted of any manner of treason, murder, rape, buggery burglary; or of feloniously taking any goods or chattles out of any church or place of public worship; or of feloniously breaking any house, by day or by night, any person being then in the same house where such breaking shall be committed and thereby put in fear or dread; or of robbing any person or persons in his, her, or their dwelling house or dwelling place, the owner or dweller in the same house or his wife or his or her children or servants or any or either of them then being within the same house or place, where the robbery shall be committed and done, or any other place within the precinct of the same house or dwelling place, whether the owner or dweller in the same house, or his wife, or his or her children or servants, or any or either of them then and there being shall

26

Case: 22-5459    Document: 51    Filed: 07/21/2023    Page: 32
2 Laws of the State of New York Passed at the Sessions of the Legislature (1785-1788) (1886)

CHAP. 37.]            ELEVENTH SESSION.            665

be waking or sleeping; or of robbing any person, or of feloniously taking away any goods or chattels being in any dwelling house, the owner or any other person being therein and put in fear; or of robbing any dwelling house, in the day time, any person being therein, or of robbing any person or persons in or about any highway; or of willfully burning any dwelling house, or any barn; or of any offence specified, in the act entitled an act to prevent malicious maiming and wounding; or of any offence specified in the act entitled an act for preventing and forgery punishing and counterfeiting; and every person who shall aid, abet, assist, counsel, hire or command, any person or persons to commit any of the said offences, and thereof be duly convicted or attainted, shall suffer death for the same, and shall be hanged by the neck until he, she or they shall be dead.   *And further*, that the judgments to be given in all and every of the cases aforesaid shall invariably be that the person so convicted or attainted shall be hanged by the neck, until he or she shall be dead; any law, usage or custom to the contrary notwithstanding.   *And moreover*, that all and every person and persons who shall in due form of law be convicted or attainted of any felony, other than such as are herein before mentioned, shall, for the first offence, be punished by fine, imprisonment, or corporal punishment, or by all or any of them, in such manner as the justices before whom such conviction or attainder shall be had, or who shall give judgment thereupon shall in their discretion think proper to direct and award, not extending to life or limb; and for any second offence or felony committed after such first conviction, every such offender shall suffer death, and shall have judgment to be hanged by the neck, until he or she shall be dead; and shall be accordingly hanged by the neck, until he or she shall be dead; but nothing herein before contained shall extend to petty larceny, which is the feloniously taking and carrying away the goods or chattels of another of the value of five pounds or under.

III. *And be it further enacted by the authority aforesaid,* That the law relative to the piene fort et dure shall be and hereby is abolished; and that in all cases of treason or felony, where the party indicted shall, on being arraigned obstinately stand mute, or refuse to plead and be tried in due course of law, such obstinately standing mute or refusal to plead and be tried as aforesaid, shall be adjudged to amount to and be a proper traverse or denial of the facts charged in the indictment; and the trial shall thereupon proceed in like manner, and the record shall be in the same form, and the same judgment shall be given against the said party, if found guilty, as if he or she had on being arraigned pleaded not guilty, and for trial had put himself or herself on the country; any law to the contrary notwithstanding. *(margin: Where party indicted stands mute, same proceedings as in plea of not guilty)*

*And be it further enacted by the authority aforesaid,* That the clerk of the supreme court, the clerks of every circuit court, and court of oyer and terminer and goal delivery, and the clerks of the peace for the time being, where any attainder, outlawry or conviction, of any person or persons for any manner of treason, murder, rape, buggery, burglary, robbery or other felony shall be had, shall, without fee or reward, certify into the court of exchequer at the next term, there to remain of record for ever, a transcript briefly and in few words containing the tenor and effect of every such attainder, outlawry or conviction, and of the indictment or appeal upon which the same shall be so had; that is to say, the name, sirname and addition of every such person so convicted, outlawed or attainted, and the certainty of the said felony or other offence whereupon he or she shall be so convicted, outlawed or attainted, and the day and place of the conviction, outlawry or attainder, and before whom *(margin: Clerks to file in court of exchequer record of attainder and outlawries.)*

the same was had, and the day and place where and when the said felony or other offence was done, and the judgment thereupon given, upon pain to forfeit, for every omission, or neglect, the sum of ten pounds to the people of this State. And the clerk of the court of exchequer shall receive all such certificates, and transcripts when the same shall be presented and offered to him by any of the respective clerks aforesaid, or by his or their deputy or deputies, without taking any thing for the same; and shall at all times, without fee or reward, when requested by the attorney general of this State, or by any prosecutor against any person named in any such certificate or transcript, for any second offence, make and deliver to the attorney general or prosecutor, a true copy of such certificate or transcript certified under his hand and the exchequer seal; and every such copy so certified shall be good evidence of such former conviction, outlawry or attainder.

**Trial for stealing in one county where proof shows robbery in another county.** *And be it further enacted by the authority aforesaid,* That if any person or persons shall be indicted of felony, for stealing of any goods or chattels in any county of this State, and thereof be convicted or attainted, if it shall appear upon evidence and be found by the jury, that the said goods or chattels were taken by robbery or burglary, or in any other manner in any other county, whereof if such person or persons had been convicted by a jury of such other county, he, she or they would by virtue of this or any other act now in force, or hereafter to be made, be liable to suffer death, then and in every such case, judgment shall be given that the said offender or offenders shall be hanged by the neck, until he, she or they shall be dead; and such offender and offenders shall be put to death accordingly.

**Death sentence to work forfeiture of estate.** *And be it further enacted by the authority aforesaid,* That every person who shall in due form of law be convicted or attainted of any manner of treason, murder, rape, buggery, burglary, robbery or other felony, for which he or she ought, or is or shall be by any law of this State now in force, or hereafter to be made, liable to suffer death, shall forfeit to the people of this State, all his, or her goods and chattels, and also all such lands, tenements, and hereditaments, which any such offender shall have of any estate of inheritance, in his or her own right, in use or possession, and all rights, entries, conditions, reversions and remainders, of, in or to, any lands, tenements, or hereditaments, at the time of any such offence committed, or at any time after. And the people of this State, without any office or inquisition to be found, shall be deemed and adjudged in the actual and real possession of the lands, tenements hereditaments, uses, goods, chattels and all other things, of the offenders so convicted, or attainted which the people of this State ought lawfully to have, and which the offenders so being convicted or attainted ought to lose and forfeit, or might lawfully lose and forfeit; saving to every person and persons, and to his, her and their heirs and successors, other than the offenders and their heirs, and such person and persons as claim to the use of any such offender or offenders, all such rights, titles, interest, possessions, leases, rents, reversions, offices and other profits, which they or any of them shall have at the day of committing any such offence, or at any time after, in as large and ample manner, as if this clause of this act, had not been made.

**Attainder not to corrupt blood or forfeit dower of wife.** VII. *And be it further enacted by the authority aforesaid,* That no attainder of any person or persons, of or for any manner of treason or felony whatsoever, shall hereafter extend to corrupt the blood of the offender, or to forfeit the dowery of his wife.

**Murder and poisoning, indict-** VIII. *And be it further enacted by the authority aforesaid,* That where any person hereafter shall be feloniously stricken or poisoned in one

28

1 An Act for the Punishment of Certain Crimes Against the United States
Case: 22-5459 Document: 31 Filed: 07/21/2023 Page: 34
The Public Statutes at Large of the United States of America, from the Organization
of the Government in 1789, to March 3, 1845 (Richard Peters, Esq., ed. 1848)

**112**      **FIRST CONGRESS.** Sess. II. Ch. 8, 9. 1790.

mislead, or shall actually mislead the public, so as the effect described cannot be produced by the means specified, then, and in such cases, the verdict and judgment shall be for the defendant.

**Patent fees.**

Sec. 7. *And be it further enacted,* That such patentee as aforesaid, shall, before he receives his patent, pay the following fees to the several officers employed in making out and perfecting the same, to wit: For receiving and filing the petition, fifty cents; for filing specifications, per copy-sheet containing one hundred words, ten cents; for making out patent, two dollars; for affixing great seal, one dollar; for indorsing the day of delivering the same to the patentee, including all intermediate services, twenty cents.

Approved, April 10, 1790.

Statute II.

April 15, 1790.

CHAP. VIII.—*An Act further to suspend part of an act intituled "An act to regulate the collection of the duties imposed by law on the tonnage of ships or vessels, and on goods, wares and merchandises imported into the United States," and to amend the said act.*

**Repealed. Act of Aug. 4, 1790, chap. 35, sec. 74.**

**Restriction by a former act, on vessels bound up the Potomac, suspended until first May, 1791.**

**Act of July 31, 1789, ch. 5.**

SECTION 1. *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That so much of an act, intituled, "An act to regulate the collection of the duties imposed by law on the tonnage of ships or vessels, and on goods, wares and merchandises imported into the United States," as obliges ships or vessels bound up the river Potomac to come to, and deposit manifests of their cargoes with the officers at Saint Mary's and Yeocomico, before they proceed to their port of delivery, shall be and is hereby further suspended, from the first day of May next, to the first of May in the year one thousand seven hundred and ninety-one.

**Additional ports of delivery in Connecticut.**

SEC. 2. *And be it further enacted, by the authority aforesaid,* That the landing places in Windsor and East Windsor, in the State of Connecticut, shall be ports of delivery, and be included in the district of New London.

Approved, April 15, 1790.

Statute II.

April 30, 1790.

CHAP. IX.—*An Act for the Punishment of certain Crimes against the United States.*

**Act of April 2, 1792, ch. 16, sec. 19. Act of May 27, 1796, ch. 36, sec. 7. Jan. 30, 1799, ch. 1. Act of April 24, 1800, ch. 35. Act of March 26, 1804, ch. 40. Act of March 3, 1825, ch. 65. What cases shall be adjudged treason. How proved and punished.**

*Misprision of treason.*

SECTION 1. *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That if any person or persons, owing allegiance to the United States of America, shall levy war against them, or shall adhere to their enemies, giving them aid and comfort within the United States or elsewhere, and shall be thereof convicted, on confession in open court, or on the testimony of two witnesses to the same overt act of the treason whereof he or they shall stand indicted, such person or persons shall be adjudged guilty of treason against the United States, and shall suffer death.(a)

SEC. 2. *And be it [ further] enacted,* That if any person or persons, having knowledge of the commission of any of the treasons aforesaid, shall conceal and not as soon as may be disclose and make known the same to the President of the United States, or some one of the judges thereof, or to the president or governor of a particular state, or some one of the judges or justices thereof, such person or persons on conviction shall be adjudged guilty of misprision of treason, and shall be imprisoned not exceeding seven years, and fined not exceeding one thousand dollars.

---

(a) *Treason.*—To constitute a levying of war, there must be an assemblage of persons for the purpose of effecting by force, a treasonable purpose. Ex parte Bollman and Swartwout, 4 Cranch, 75; 2 Cond. Rep. 33. The United States v. Vigol, 2 Dall. 346. The United States v. Vilatto, 2 Dall. 370. The United States v. The Insurgents of Pennsylvania, 2 Dall. 335. The United States v. Mitchell, 2 Dall. 348. The United States v. Stuart, 2 Dall. 343; 1 Burr's Trial, 14; 2 Burr's Trial, 401.

Case: 22-5459    Document: 51    Filed: 07/21/2023    Page: 35

1 An Act for the Punishment of Certain Crimes Against the United States.
The Public Statutes at Large of the United States of America; from the Organization
of the Government in 1789, to March 3, 1845 (Richard Peters, Esq., ed. 1848)

## FIRST CONGRESS. Sess. II. Ch. 9. 1790. 113

Sec. 3. *And be it [further] enacted*, That if any person or persons shall, within any fort, arsenal, dock-yard, magazine, or in any other place or district of country, under the sole and exclusive jurisdiction of the United States, commit the crime of wilful murder, such person or persons on being thereof convicted shall suffer death.*(a)*

*Murder in a fort, arsenal, under the exclusive jurisdiction of the U. S. to be punished with death.*

Sec. 4. *And be it also enacted,* That the court before whom any person shall be convicted of the crime of murder, for which he or she shall be sentenced to suffer death, may at their discretion, add to the judgment, that the body of such offender shall be delivered to a surgeon for dissection; and the marshal who is to cause such sentence to be executed, shall accordingly deliver the body of such offender, after execution done, to such surgeon as the court shall direct, for the purpose aforesaid: *Provided,* That such surgeon, or some other person by him appointed for the purpose, shall attend to receive and take away the dead body at the time of the execution of such offender.

*Act of March 3, 1825, ch. 65, sec. 4. and court may order offender's body to be dissected.*

Sec. 5. *And be it further enacted,* That if any person or persons shall, after such execution had, by force rescue or attempt to rescue the body of such offender out of the custody of the marshal or his officers, during the conveyance of such body to any place for dissection as aforesaid; or shall by force rescue or attempt to rescue such body from the house of any surgeon, where the same shall have been deposited in pursuance of this act; every person so offending, shall be liable to a fine not exceeding one hundred dollars, and an imprisonment not exceeding twelve months.

*Rescue of a body ordered for dissection, punishment for.*

Sec. 6. *And be it [further] enacted,* That if any person or persons having knowledge of the actual commission of the crime of wilful murder or other felony, upon the high seas, or within any fort, arsenal, dock-yard, magazine, or other place or district of country, under the sole and exclusive jurisdiction of the United States, shall conceal, and not so soon as may be disclose and make known the same to some one of the judges or other persons in civil or military authority under the United States, on conviction thereof, such person or persons shall be adjudged guilty of misprision of felony, and shall be imprisoned not exceeding three years, and fined not exceeding five hundred dollars.

*Misprision of felony, what cases shall be judged, and how punished.*

Sec. 7. *And be it [further] enacted,* That if any person or persons shall within any fort, arsenal, dock-yard, magazine, or other place or district of country, under the sole and exclusive jurisdiction of the United States, commit the crime of manslaughter, and shall be thereof convicted, such person or persons shall be imprisoned not exceeding three years, and fined not exceeding one thousand dollars.

*Manslaughter in a fort, arsenal, &c. how punished.*
*Act of March 3, 1825, ch. 65, sec. 4, 6, 7.*

Sec. 8. *And be it [further] enacted,* That if any person or persons shall commit upon the high seas, or in any river, haven, basin or bay, out of the jurisdiction of any particular state, murder or robbery, or any other offence which if committed within the body of a county, would by the

*Piracy and felony, what cases shall be judged, where*

*(a) Murder.*—Congress have not in the 8th section of the act of April 30, 1790, for the prevention of certain crimes against the United States, exercised the power, if any such is given by the constitution of the United States, of conferring jurisdiction on the courts of the United States of a murder committed on the waters of a State where the tide ebbs and flows. United States *v.* Bevans, 3 Wheat. 336; 4 Cond. Rep. 275.

The 3d article of the constitution of the United States, which declares that "the judicial power of the United States shall extend to all cases of admiralty and maritime jurisdiction," vests in the United States exclusive jurisdiction of all such cases; and a murder committed on the waters of a State where the tide ebbs and flows, is a case of admiralty and maritime jurisdiction. *Ibid.*

The courts of the United States have jurisdiction of a murder committed on the high seas from a vessel belonging to the United States, by a foreigner being on board of such vessel, upon another foreigner being on board of another vessel. 5 Wheat. 184; 4 Cond. Rep. 623.

The courts of the United States have jurisdiction, under the act of April 30, 1790, of a murder committed on the high seas, although not committed on board of a vessel of the United States, as if she had no national character, but was held by pirates or persons not sailing under the flag of any foreign nation. The United States *v.* Holmes et al., 5 Wheat. 412; 4 Cond. Rep. 708. See also United States *v.* Magill, 1 Wash. C. C. R. 463. United States *v.* Drew, 5 Mason's C. C. R. 28. United States *v.* Freeman, 4 Mason's C. C. R. 505. United States *v.* Ross, 1 Gallis. C. C. R. 624. Dexter *v.* Spear, 4 Mason's C. C. R. 115. The United States *v.* Cornell, 2 Mason's C. C. R. 91.

Vol. I.—15                                                              K 2

Case: 22-5459 Document: 51 Filed: 07/21/2023 Page: 36

1 An Act for the Punishment of Certain Crimes Against the United States.
The Public Statutes at Large of the United States of America, from the Organization
of the Government in 1789, to March 3, 1845 (Richard Peters, Esq., ed. 1848)

114          FIRST CONGRESS. Sess. II. Ch. 9. 1790.

tried and how punished.
Act of May 15, 1820, ch. 113.

laws of the United States be punishable with death; or if any captain or mariner of any ship or other vessel, shall piratically and feloniously run away with such ship or vessel, or any goods or merchandise to the value of fifty dollars, or yield up such ship or vessel voluntarily to any pirate: or if any seaman shall lay violent hands upon his commander, thereby to hinder and prevent his fighting in defence of his ship or goods committed to his trust, or shall make a revolt in the ship; every such offender shall be deemed, taken and adjudged to be a pirate and felon, and being thereof convicted, shall suffer death; and the trial of crimes committed on the high seas, or in any place out of the jurisdiction of any particular state, shall be in the district where the offender is apprehended, or into which he may first be brought.(a)

Sec. 9. *And be it [further] enacted,* That if any citizen shall commit any piracy or robbery aforesaid, or any act of hostility against the United States, or any citizen thereof, upon the high sea, under colour of any commission from any foreign prince, or state, or on pretence of authority from any person, such offender shall, notwithstanding the pretence of any such authority, be deemed, adjudged and taken to be a pirate, felon, and robber, and on being thereof convicted shall suffer death.

Accessaries therein, how punished.

Sec. 10. *And be it [further] enacted,* That every person who shall, either upon the land or the seas, knowingly and wittingly aid and assist, procure, command, counsel or advise any person or persons, to do or commit any murder or robbery, or other piracy aforesaid, upon the seas, which shall affect the life of such person, and such person or persons shall thereupon do or commit any such piracy or robbery, then all and every such person so as aforesaid aiding, assisting, procuring, commanding, counselling or advising the same, either upon the land or the sea, shall be, and they are hereby declared, deemed and adjudged to be accessary to such piracies before the fact, and every such person being thereof convicted shall suffer death.

Concealing a pirate or property taken by a pirate.

Sec. 11. *And be it [further] enacted,* That after any murder, felony, robbery, or other piracy whatsoever aforesaid, is or shall be committed by any pirate or robber, every person who knowing that such pirate or robber has done or committed any such piracy or robbery, shall on the land or at sea receive, entertain or conceal any such pirate or robber, or receive or take into his custody any ship, vessel, goods or chattels, which have been by any such pirate or robber piratically and feloniously taken, shall be, and are hereby declared, deemed and adjudged to be accessary to such piracy or robbery, after the fact; and on conviction thereof, shall be imprisoned not exceeding three years, and fined not exceeding five hundred dollars.

---

(a) A robbery committed on the high seas, although such robbery, if committed on land, would not, by the laws of the United States, be punishable with death, is piracy, under the 8th section of the law of the United States; and the Circuit Courts have jurisdiction thereof. United States *v.* Palmer, 3 Wheat. 610; 4 Cond. Rep. 352.

The crime of robbery as mentioned in the act, is the crime of robbery as recognized at common law. *Ibid.* See also United States *v.* Klintock, 5 Wheat. 144; 4 Cond. Rep. 614. The United States *v.* Smith, 5 Wheat. 153; 4 Cond. Rep. 619. United States *v.* Furlong et al., 5 Wheat. 184; 4 Cond. Rep. 623. United States *v.* Holmes, 5 Wheat. 412; 4 Cond. Rep. 708.

Pirates may be lawfully captured by the public or private ships of any nation, in peace or war, for they are hostes humani generis. The Marianna Flora, 11 Wheat. 1; 6 Cond. Rep. 201. See also The Josefa Segunda, 5 Wheat. 338; 4 Cond. Rep. 672. The Palmyra, 12 Wheat. 1; 6 Cond. Rep. 397. The Bello Corrunnes, 6 Wheat. 152; 5 Cond. Rep. 45.

To constitute the offence of piracy within the act of 1790, " by piratically and feloniously running away with a vessel," personal force and violence are not necessary. 1 Gallis. C. C. R. 247. See also The United States *v.* Ross, 1 Gallis. C. C. R. 624. United States *v.* Kessler, 1 Baldwin's C. C. R. 15. United States *v.* Gibert, 2 Sumner's C. C. R. 19.

In the act of April 30, 1790, the description of places contained in the 8th section, within which the offences therein enumerated must be committed, in order to give the courts of the United States jurisdiction over them, cannot be transferred to the 12th section, so as to give those courts jurisdiction over a manslaughter committed in a port of a foreign country, and not on the high seas. The Hoppet *v.* The United States, 7 Cranch, 389; 2 Cond. Rep. 542. See United States *v.* Wiltberger, 5 Wheat. 76; 4 Cond. Rep. 593.

31

Case 1:22-cr-05459 Document: 53 Filed: 07/21/2023 Page: 37

1 An Act for the Punishment of Certain Crimes Against the United States.
The Public Statutes at Large of the United States of America, from the Organization
of the Government in 1789, to March 3, 1845 (Richard Peters, Esq., ed. 1848)

FIRST CONGRESS. Sess. II. Ch. 9. 1790. 115

Sec. 12. *And be it [further] enacted,* That if any seaman or other person shall commit manslaughter upon the high seas, or confederate, or attempt or endeavour to corrupt any commander, master, officer or mariner, to yield up or to run away with any ship or vessel, or with any goods, wares, or merchandise, or to turn pirate, or to go over to or confederate with pirates, or in any wise trade with any pirate knowing him to be such, or shall furnish such pirate with any ammunition, stores or provisions of any kind, or shall fit out any vessel knowingly and with a design to trade with or supply or correspond with any pirate or robber upon the seas; or if any person or persons shall any ways consult, combine, confederate or correspond with any pirate or robber on the seas, knowing him to be guilty of any such piracy or robbery; or if any seaman shall confine the master of any ship or other vessel, or endeavour to make a revolt in such ship;*(a)* such person or persons so offending, and being thereof convicted, shall be imprisoned not exceeding three years, and fined not exceeding one thousand dollars.

Sec. 13. *And be it [ further] enacted,* That if any person or persons, within any of the places upon the land under the sole and exclusive jurisdiction of the United States, or upon the high seas, in any vessel belonging to the United States, or to any citizen or citizens thereof, on purpose and of malice aforethought, shall unlawfully cut off the ear or ears, or cut out or disable the tongue, put out an eye, slit the nose, cut off the nose or a lip, or cut off or disable any limb or member of any person, with intention in so doing to maim or disfigure such person in any the manners before mentioned, then and in every such case the person or persons so offending, their counsellors, aiders and abettors (knowing of and privy to the offence aforesaid) shall on conviction, be imprisoned not exceeding seven years, and fined not exceeding one thousand dollars.

Sec. 14. *And be it [further] enacted,* That if any person or persons shall falsely make, alter, forge or counterfeit, or cause or procure to be falsely made, altered, forged, or counterfeited, or willingly act or assist in the false making, altering, forging or counterfeiting any certificate, indent, or other public security of the United States, or shall utter, put off, or offer, or cause to be uttered, put off, or offered in payment or for sale any such false, forged, altered or counterfeited certificate, indent or other public security, with intention to defraud any person, knowing the same to be false, altered, forged or counterfeited, and shall be thereof convicted, every such person shall suffer death.*(b)*

Sec. 15. *And be it [ further] enacted,* That if any person shall feloniously steal, take away, alter, falsify, or otherwise avoid any record, writ, process, or other proceedings in any of the courts of the United States, by means whereof any judgment shall be reversed, made void, or not take effect, or if any person shall acknowledge or procure to be acknowledged in any of the courts aforesaid, any recognizance, bail or judgment, in the name or names of any other person or persons not privy or consenting to the same, every such person or persons on conviction thereof, shall be fined not exceeding five thousand dollars, or be impri-

Confederacy to become pirates, how punished.
Act of March 3, 1825, ch. 65, sec. 6, sec. 22.

Maiming, what cases shall be judged, and how punished.
Act of March 3, 1825, ch. 65, sec. 22.

Forgery, what cases shall be judged, and how punished.
Act of March 3, 1825, ch. 65, sec. 17, 18, 19, 20, act of March 3, 1823, ch. 33.

Stealing or falsifying any record, process, &c. how punished.

---

*(a)* Although the crimes act of 1790, sec. 12, does not define the offence of endeavouring to make a revolt, it is competent for the court to give a judicial definition of it. United States *v.* Kelley, 11 Wheat. 417; 6 Cond. Rep. 370.

A revolt, is the usurpation of the authority and command of the ship, and an overthrow of that of the master, or commanding officer. Any conspiracy to accomplish such an object, or to resist a lawful command of the master for such purpose; any endeavour to stir up others of the crew to such resistance, is an endeavour to make a revolt, within the meaning of the 12th section of the act of 1790. United States *v.* Hemmer et al., 4 Mason's C. C. R. 105. See also United States *v.* Keefe, 3 Mason's C. C. R. 475; 5 Mason's C. C. R. 460. United States *v.* Smith, 1 Mason's C. C. R. 147. United States *v.* Hamilton, 1 Mason's C. C. R. 443. United States *v.* Kelley, 4 Wash. C. C. R. 528.

*(b)* See United States *v.* Turner, 7 Peters, 132. United States *v.* Brewster, 7 Peters, 164. United States *v.* Stewart, 4 Wash. C. C. R. 226. United States *v.* Reuben Moses, 4 Wash. C. C. R. 726. United States *v.* Morrow, 4 Wash. C. C. R. 733. United States *v.* Britton, 2 Mason's C. C. R. 464. United States *v.* Hinman, 1 Baldwin's C. C. R. 292. United States *v.* Mitchell, 1 Baldwin's C. C. R. 366.

## Certificate of Service

I certify that this appendix was filed electronically on July 21, 2023.

Notice of this filing will be sent by operation of the Court's electronic filing

system to all parties indicated on the electronic filing receipt.

*s/ Samuel R. Fitzpatrick*
Samuel R. Fitzpatrick
Assistant United States Attorney