

# United States Department of Justice

United States Attorney
Eastern District of Tennessee

Headquarters: 800 Market Street, Suite 211
Knoxville, Tennessee 37902
865.545.4167
www.usdoj.gov/usao/tne

1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
423.752.5140

220 West Depot Street, Suite 423
Greeneville, Tennessee 37743
423.639.6759

**RECEIVED**
JUL 24 2023
DEBORAH S. HUNT, Clerk

July 21, 2023

Attn: Antoinette S. Macon, Case Manager
United States Court of Appeals for the Sixth Circuit
100 E. Fifth Street, Room 540
Cincinnati, OH 45202

JUL 23 2023

DEBORAH S. HUNT, Clerk

Re:  *United States v. Ricardo Alvarado*, No. 22-5459

Dear Ms. Macon:

Enclosed are four discs that contain Government Trial Exhibit 20, which is referenced in the government's brief. I certify that the enclosed discs are true and accurate copies of the exhibit as admitted into evidence at trial.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Francis M. Hamilton III
United States Attorney

_____
Samuel R. Fitzpatrick
Assistant United States Attorney