Case No. 22-5459

# United States Court Of Appeals
## FOR THE SIXTH CIRCUIT

**UNITED STATES OF AMERICA,**

Plaintiff-Appellee,

v.

**RICARDO ALVARADO,**

Defendant-Appellant.

On Appeal from the United States District Court
for the Eastern District of Tennessee, 3:20-cr-00114-1

## MOTION FOR EXTENSION OF TIME BY DEFENDANT-APPELLANT RICHARD ALVARADO

| | |
|---|---|
| Nathan L. Colvin<br>THE SIXTH CIRCUIT CLINIC<br>University of Cincinnati College<br>of Law & Chase College of Law<br>2925 Campus Green Dr.<br>Cincinnati, Ohio 45221<br>Tel: (513) 313-7344<br>nathan.colvin@gmail.com | Colter L. Paulson<br>SQUIRE PATTON BOGGS (US) LLP<br>201 E. Fourth Street, Suite 1900<br>Cincinnati, Ohio 45202<br>Tel: (513) 361-1200<br>colter.paulson@squirepb.com<br><br>*Attorneys for Ricardo Alvarado,*<br>*Defendant-Appellant* |

Defendant-Appellant Ricardo Alvarado respectfully moves this Court for a four-week extension of time to file his reply brief, which would extend the deadline to September 8, 2023. The Second Amendment and sentencing issues raised by Mr. Alvarado's appeal are complex legally and factually, as shown in the arguments in the Government's brief. In particular, the Government's claims regarding the historical background of the Second Amendment and disarmament laws will require time and attention beyond that required for a normal reply brief.

The undersigned accepted this appeal in connection with the Sixth Circuit Clinic, and moving the present briefing deadline to intersect with the school year will also allow additional students to work on this appeal. Law students benefit greatly from participating in the drafting and researching process, especially in a complex and important case like this one—but the semester does not even begin until August 22. In addition, the undersigned was out of the country on a long-planned vacation when the Government's brief was filed, which has caused other delays in the drafting and research process. As Mr. Alvarado is serving a long sentence, this additional extension is still reasonable in the context of both his sentence and his right to present his arguments before the Court. Both Mr. Alvarado and the Government received multiple unopposed extensions to their prior briefs.

Given these circumstances, Mr. Alvarado respectfully requests that this Court grant a 28-day extension to file his reply brief, which would move the deadline from August 11, 2023 to September 8, 2023.

Respectfully submitted,

/s/ Colter L. Paulson
Colter L. Paulson
SQUIRE PATTON BOGGS (US) LLP
201 E. Fourth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 361-1200
Facsimile: (513) 361-1201
colter.paulson@squirepb.com

Nathan L. Colvin
THE SIXTH CIRCUIT CLINIC
University of Cincinnati College
of Law & Chase College of Law
2925 Campus Green Dr.
Cincinnati, Ohio 45221
Tel: (513) 313-7344
nathan.colvin@gmail.com

*Attorneys for Ricardo Alvarado*

## **CERTIFICATE OF SERVICE**

It is hereby certified that on August 8, 2023, the foregoing was electronically filed with the Clerk of the Court via the Court's ECF system. Opposing counsel will be served by the ECF system.

/s/ Colter L. Paulson
Colter L. Paulson