**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 09, 2023

Mr. Nathan L. Colvin
University of Cincinnati Appellate Clinic
2540 Clifton Avenue
Cincinnati, OH 45221

Mr. Samuel R. Fitzpatrick
Office of the U.S. Attorney
800 Market Street
Suite 211
Knoxville, TN 37902

Mr. Joseph Greenlee
FPC Action Foundation
5550 Painted Mirage Road
Suite 320
Las Vegas, NV 89149

Mr. Colter Lawrence Paulson
Squire Patton Boggs
201 E. Fourth Street
Suite 1900
Cincinnati, OH 45202

    Re:  Case No. 22-5459, *USA v. Ricardo Alvarado*
          Originating Case No.: 3:20-cr-00114-1

Dear Counsel,

    The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **September 8, 2023**.

                                        Sincerely,

                                        s/Antoinette Macon
                                        Case Manager
                                        Direct Dial No. 513-564-7015