Case No. 22-5459

# United States Court Of Appeals
**FOR THE SIXTH CIRCUIT**

**UNITED STATES OF AMERICA,**

Plaintiff-Appellee,

v.

**RICARDO ALVARADO,**

Defendant-Appellant.

**On Appeal from the United States District Court
for the Eastern District of Tennessee, 3:20-cr-00114-1**

**MOTION FOR EXTENSION OF TIME BY
DEFENDANT-APPELLANT RICHARD ALVARADO**

Nathan L. Colvin
THE SIXTH CIRCUIT CLINIC
University of Cincinnati College
of Law & Chase College of Law
2925 Campus Green Dr.
Cincinnati, Ohio 45221
Tel: (513) 313-7344
nathan.colvin@gmail.com

Colter L. Paulson
SQUIRE PATTON BOGGS (US) LLP
201 E. Fourth Street, Suite 1900
Cincinnati, Ohio 45202
Tel: (513) 361-1200
colter.paulson@squirepb.com

*Attorneys for Ricardo Alvarado,
Defendant-Appellant*

Defendant-Appellant Ricardo Alvarado respectfully moves this Court for a second extension of time to file his reply brief, which would extend that deadline from September 8 to September 19, 2023. Mr. Alvarado requests this extra time for two reasons. First, despite various attempts by the undersigned (dating back to August 8, 2023), federal prison officials have been unwilling or unable to allow Mr. Alvarado to speak to his counsel. Mr. Alvarado should have the opportunity to provide input, if possible, before the reply brief is filed. Second, the brief delay will allow the students to finish working on the difficult and novel issues raised in this appeal, which include novel Second Amendment issues under *New York State Rifle & Pistol Association v. Bruen*, 142 S.Ct. 2111 (2022).

While two extensions may be unusual for a reply brief, Mr. Alvarado begs an additional eleven-day window to allow additional attempts for his attorney to persuade prison officials to set up a call with him. If those attempts are still unsuccessful, he will not seek additional extension. In addition, while the students have worked diligently to create a complete draft of the reply brief, the additional will allow them to refine the arguments to a high standard. Finally, Mr. Alvarado is serving a long sentence. As such, this additional extension is reasonable in the context of both his sentence and his right to present his arguments before the Court. Both Mr. Alvarado and the Government received multiple unopposed extensions to their prior briefs.

Given these circumstances, Mr. Alvarado respectfully requests that this Court grant an 11-day extension to file his reply brief, which would move the deadline from September 8, 2023 to September 19, 2023. Absent unusual and unforeseen circumstances, Mr. Alvarado will not seek further extensions.

Respectfully submitted,

/s/ Colter L. Paulson
Colter L. Paulson
SQUIRE PATTON BOGGS (US) LLP
201 E. Fourth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 361-1200
Facsimile: (513) 361-1201
colter.paulson@squirepb.com

Nathan L. Colvin
THE SIXTH CIRCUIT CLINIC
University of Cincinnati College
of Law & Chase College of Law
2925 Campus Green Dr.
Cincinnati, Ohio 45221
Tel: (513) 313-7344
nathan.colvin@gmail.com

*Attorneys for Ricardo Alvarado*

## **CERTIFICATE OF SERVICE**

It is hereby certified that on September 6, 2023, the foregoing was electronically filed with the Clerk of the Court via the Court's ECF system. Opposing counsel will be served by the ECF system.

/s/ Colter L. Paulson
Colter L. Paulson