# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): __22-5459_____

2. Case Caption (Short Title): __USA v. Ricardo Alvarado_____

3. Argument is scheduled for __9:00 am_____ on __Thursday, December 7, 2023_____ and will be held:

   [✓] Live (In Person)     [ ] by Video     [ ] by Telephone

4. I, __Samuel R. Fitzpatrick_____, will be presenting argument on behalf of:

   [ ] Appellant / Petitioner     [ ] Amicus Curiae     [ ] Other (please specify below):
   [✓] Appellee / Respondent     [ ] Intervenor     _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): United States of America

6. Minutes reserved for rebuttal, if applicable: _____ (must be reserved in whole minutes)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: ____
   B. Total number of minutes (in whole minutes only) to be shared: ____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____
   D. Your assigned minutes (in whole minutes only): _____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I certify that on __October 10, 2023_____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ __Samuel R. Fitzpatrick_____