Case No. 22-5459

# United States Court Of Appeals
## FOR THE SIXTH CIRCUIT

### UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

### RICARDO ALVARADO,

Defendant-Appellant.

**On Appeal from the United States District Court
for the Eastern District of Tennessee, 3:20-cr-00114-1**

## MOTION FOR LEAVE FOR LAW STUDENTS TO APPEAR AT ORAL ARGUMENT AND TO SPLIT TIME FOR ORAL ARGUMENT

Nathan L. Colvin
THE SIXTH CIRCUIT CLINIC
University of Cincinnati College
of Law & Chase College of Law
2925 Campus Green Dr.
Cincinnati, Ohio 45221
Tel: (513) 313-7344
nathan.colvin@gmail.com

Colter L. Paulson
SQUIRE PATTON BOGGS (US) LLP
201 E. Fourth Street, Suite 1900
Cincinnati, Ohio 45202
Tel: (513) 361-1200
colter.paulson@squirepb.com

*Attorneys for Ricardo Alvarado,
Defendant-Appellant*

Defendant-Appellant Ricardo Alvarado moves under 6 Cir. R. 46(d) to allow Tess A. Chaffee and Patrick Maney, third-year law students at the University Of Cincinnati College Of Law, to appear on his behalf at the oral argument scheduled in this appeal for 9:00 a.m. on December 7, 2023.  Mr. Alvarado also moves this court to split the time for oral argument between the students, so that each can present discrete issues to the court of appeals.  In support of this motion, I have attached the following documents:

(1)     a certification from Tess A. Chaffee that she meets the criteria for eligibility under Rule 46(d)(1);

(2)     a certification from Patrick Maney  that he meets the criteria for eligibility under Rule 46(d)(1);

(3)     certifications from Haider Ala Hamoudi, Dean of the University of Cincinnati College of Law, pursuant to Rule 46(d)(1)(B);

(4)     a certification showing the written consent of Mr. Alvarado pursuant to 46(d)(2)(A); and

(5)     a certification from the attorney of record under Rule 46(d)(2)(A).

Respectfully submitted,

/s/ Colter L. Paulson
Colter L. Paulson
SQUIRE PATTON BOGGS (US) LLP
201 E. Fourth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 361-1200
Facsimile:  (513) 361-1201
colter.paulson@squirepb.com

Nathan L. Colvin
THE SIXTH CIRCUIT CLINIC
University of Cincinnati College
of Law & Chase College of Law
2925 Campus Green Dr.
Cincinnati, Ohio 45221
Tel: (513) 313-7344
nathan.colvin@gmail.com

*Attorneys for Ricardo Alvarado*

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that on November 6, 2023, the foregoing was electronically filed with the Clerk of the Court via the Court's ECF system. Opposing counsel will be served by the ECF system.

/s/ Colter L. Paulson
Colter L. Paulson

## <u>RULE 46(d)(1) CERTIFICATION OF LAW STUDENT</u>

I hereby certify under 6 Cir. R. 46(d)(1) that I am enrolled at the University Of Cincinnati College Of Law, a law school approved by the American Bar Association.  I certify that I have completed at least four semesters of legal studies at the University Of Cincinnati College Of Law. I further certify that I have read and am familiar with the Sixth Circuit Rules and the Ohio Rules of Professional Conduct.

_____
Tess Chaffee

## RULE 46(d)(1) CERTIFICATION OF LAW STUDENT

I hereby certify under 6 Cir. R. 46(d)(1) that I am enrolled at the University Of Cincinnati College Of Law, a law school approved by the American Bar Association. I certify that I have completed at least four semesters of legal studies at the University Of Cincinnati College Of Law. I further certify that I have read and am familiar with the Sixth Circuit Rules and the Ohio Rules of Professional Conduct.

_Patrick C. Maney_

1

## <u>RULE 46(d)(1) CERTIFICATION OF LAW SCHOOL DEAN</u>

I hereby certify under 6 Cir. R. 46(d)(1) that Tess Chaffee, a third-year law student at the University of Cincinnati College of Law, is of good character and competent legal ability. I further certify that Tess Chaffee has completed four semesters of law school and is adequately trained to fulfill all responsibilities required by 6 Cir. R. 46(d)(1).

*Haider Ala Hamoudi, Dean of University of Cincinnati School of Law*

1

## **RULE 46(d)(1) CERTIFICATION OF LAW SCHOOL DEAN**

I hereby certify under 6 Cir. R. 46(d)(1) that Patrick C. Maney, a third-year law student at the University of Cincinnati College of Law, is of good character and competent legal ability. I further certify that Patrick C. Maney has completed four semesters of law school and is adequately trained to fulfill all responsibilities required by 6 Cir. R. 46(d)(1).

_____

*Haider Ala Hamoudi, Dean of University of Cincinnati School of Law*

## <u>RULE 46(d)(2)(A) CERTIFICATE OF CLIENT</u>

I hereby certify under Federal Rule of Appellate Procedure 46(d)(2)(A) that I, Ricardo Alvarado, the appellant in *United States v. Alvarado*, No. 22-5459 (6th Cir.), give my consent for Tess Chaffee and Patrick Maney, law students in the Sixth Circuit Clinic at the University of Cincinnati College of Law, to present oral argument on my behalf.  I understand that my attorney, Colter Paulson, accepts responsibility for their work and will both be present at oral argument and prepared to supplement their statements during the argument itself.

R. Alvarado
*Ricardo Alvarado*

## <u>RULE 46(d)(2)(A) CERTIFICATE OF ATTORNEY</u>

I hereby certify under Rule 46(d)(2)(A) that, as the attorney of record in *United States v. Alvarado*, No. 22-5459 (6th Cir.), I have consented that Tess A. Chaffee and Patrick Maney, students in the Sixth Circuit Clinic at the University of Cincinnati College of Law, will appear before this Court to present an oral argument on behalf of my client Ricardo Alvarado. I accept responsibility for their work and am prepared to supplement their oral statements.

*Attorney for Appellant Ricardo Alvarado*

1